Robert J. Dehney (RD - 5399)
Eric D. Schwartz
Curtis S. Miller
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for GIM Channelview Cogeneration, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x

In re:                                              | Chapter 11

LYONDELL CHEMICAL COMPANY, et al.,    | Case No. 09-10023 (REG)

        Debtors.                           | (Jointly Administered)

--------------------------------------------------------------x

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that GIM Channelview Cogeneration, LLC ("GIM"),

by and through its undersigned counsel, hereby enters its appearance pursuant to Section 1109(b)

of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby requests,

pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the

Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned

cases be given and served upon the individuals listed below:

Robert J. Dehney, Esquire
Eric D. Schwartz, Esquire
Curtis S. Miller, Esquire
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. Market Street, P.O. Box 1347
Wilmington, DE  19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
rdehney@mnat.com
eschwartz@mnat.com
cmiller@mnat.com

**PLEASE TAKE FURTHER NOTICE**, that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted, conveyed by mail, hand delivery, telephone, facsimile, telegraph, telex or otherwise, in the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any pleading, claim or suit shall waive (1) the right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) the right to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs or recoupments to which the GIM may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:  January 20, 2009

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Robert J. Dehney (RD-5399)
Eric D. Schwartz
Curtis S. Miller
1201 North Market Street
Post Office Box 1347
Wilmington, Delaware  19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989

*Counsel for GIM Channelview Cogeneration, LLC*

2660663.1

2