UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:

LYONDELL CHEMICAL COMPANY, et al.,

        Chapter 11

        Case No. 09-10023(REG)
        Jointly Administered

        Debtors.

        **NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS**

-------------------------------------------------------------X
SIRS:

    PLEASE TAKE NOTICE THAT Buckeye Gulf Coast Pipelines, LP ("Buckeye") hereby appears in the above-captioned cases pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests, pursuant to Bankruptcy Rules 2002, and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the persons listed below at the following address and telephone number:

        Mathew G. Roseman, Esq.
        Bonnie L. Pollack, Esq.
        Cullen and Dykman, LLP
        100 Quentin Roosevelt Boulevard
        Garden City, New York 11530
        Telephone: (516) 357-3700

    PLEASE TAKE FURTHER NOTICE, that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation,

any notice, application, complaint, demand, motion, petition, monthly operating report, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the right of Buckeye: (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Buckeye is or may be entitled, in law or equity, all of which rights, claims, actions defenses, setoffs, and recoupments are expressly reserved.

Dated: Garden City, New York
January 21, 2009

Yours, etc.
CULLEN AND DYKMAN LLP

By: s/Bonnie L. Pollack
Mathew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
Attorneys for Buckeye
Gulf Coast Pipelines, LP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
(516) 357-3700