**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                         | Chapter 11
                                                               |
LYONDELL CHEMICAL COMPANY, et al.,                             | Case No. 09-10023 (REG)
                                                               |
                        Debtors.                               | (Jointly Administered)
                                                               |
                                                               |
---------------------------------------------------------------x

**ORDER GRANTING MOTION FOR ENTRY OF AN ORDER AUTHORIZING GIM CHANNELVIEW COGENERATION, LLC AND GIM RETAIL ENERGY, LLC TO FILE UNDER SEAL CERTAIN AGREEMENTS AND TO FILE A REDACTED VERSION OF THE OBJECTION TO DEBTORS' MOTION FOR AN ORDER (I) AUTHORIZING DEBTORS (A) TO OBTAIN POSTPETITION FINANCING PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 364(C)(1), 364(C)(2), 364(C)(3), 364(D)(1) AND 364(E) AND (B) TO UTILIZE CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363; (II) GRANTING ADEQUATE PROTECTION TO PREPETITION SECURED PARTIES PURSUANT TO 11 U.S.C. §§ 361, 362, 363, AND 364; AND (III) SCHEDULING FINAL HEARING PURSUANT TO <u>BANKRUPTCY RULES 4001(B) AND (C)</u>**

Upon consideration of the motion (the "Motion")[1] of GIM Channelview Cogeneration, LLC and GIM Retail Energy, LLC (together, "GIM") for entry of an order pursuant to section 107(b) of the Bankruptcy Code and Rule 9018 of the Federal Rules of Bankruptcy Procedure authorizing: (1) GIM to file under seal with the Court the Facility Agreements; and (2) authorizing GIM to file a redacted version of the Objection, to protect confidential and proprietary business information of GIM; and it appearing that the relief requested in the Motion is in the interests of justice to protect the Debtors and GIM; and it appearing that this Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that consideration of the Motion and the relief requested therein is a core

---

[1] Capitalized terms used, but not otherwise defined herein, shall have the meanings set forth in the Motion

proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of the proceeding and this Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that ~~adequate notice of the Motion has been given and that~~ no other ~~or further~~ notice is necessary ***at this time***; and after due deliberation and sufficient cause appearing therefor; it is hereby:

1. ORDERED that the Motion is granted ***to the extent provided herein***; and it is further

2. ORDERED that GIM is hereby authorized to file the Facility Agreements under seal; and it is further

3. ORDERED that GIM is hereby authorized to file a redacted version of the Objection; and it is further

4. ORDERED that all information filed under seal pursuant to this Order shall remain filed under seal until further order of the Court; and it is further

5. ***ORDERED that this Order is without prejudice to the rights of any party in interest or the U.S. Trustee to seek to declassify and make public any portion of the materials filed under seal; and it is further***

6. ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated:   ***January 30, 2009***
         New York, New York

                                    *s/ Robert E. Gerber*
                                    THE HONORABLE ROBERT E. GERBER
                                    UNITED STATES BANKRUPTCY JUDGE