UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------

In Re:                                                                                  Chapter 11 Case No.
                                                                                        09-10023(REG)
  Lyondell Chemical Company.

                        Debtors:

CONFIDENTIAL – SUBJECT TO BANKRUPTCY COURT ORDER

THE MATERIAL HEREIN HAS BEEN FILED ON FEBRUARY 2, 2009 UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED JANUARY 30, 2009
DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.