**HEARING DATE AND TIME (AS ADJOURNED): January 19, 2010 at 1:00 p.m.**
**OBJECTION DEADLINE (AS ADJOURNED): January 11, 2010 at 4:00 p.m.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re

LYONDELL CHEMICAL COMPANY *et al,*     Chapter 11

                                                Case No. 09-10023 (REG)

               Debtor.

                                                **(Jointly Administered)**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### NOTICE OF ADJOURNMENT OF HEARING ON CREDITORS FREDERICK ROYSTER AND SCOTT MILLER'S MOTION TO FILE LATE PROOFS OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1)

**PLEASE TAKE NOTICE** on October 30, 2009, creditors, Frederick Royster and Scott Miller ("movants"), filed their motion for an Order permitting them to file late proofs of claim pursuant to Federal Rule of Bankruptcy Procedure 9006 (b)(1).

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider the Motion, scheduled to be held on January 19, 2010 at 9:45 a.m. has been adjourned and rescheduled to be held on **January 19, 2010 at 1:00 p.m.** or as soon thereafter as counsel may be heard, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion must be in writing, conform to the Federal Rules of Bankruptcy

Procedure and the Local Rules of the Bankruptcy Court, and be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (General Order M-242 and the User's Manual for the Electronic Case Filing System can be found at [www.nysub.uscourts.gov](www.nysub.uscourts.gov), the official website for the Bankruptcy Court), by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), or any Windows-based word processing format (with a hard copy delivered directly to Chambers) and served in accordance with General Order M-242 or by first class mail so as to be actually received by the undersigned not later than seven (7) business days prior to the hearing.

Dated: Livingston, New Jersey
January 11, 2010

                                          DAVID M TAUS, LLC
                                          Attorneys for Movants

                    By:    /s/ David M. Taus
                            David M. Taus (DMT-02372)
                            A Member of the Firm
                            631 West Mt. Pleasant Avenue
                            Livingston, New Jersey 07039
                            (973) 758-9026
                            dtauslaw@verizon.net