UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------

In Re:                                                                          Chapter 11 Case No.
     09-10023(REG)
  Lyondell Chemical Company.

         Debtors:

---

<u>CONFIDENTIAL – SUBJECT TO BANKRUPTCY COURT ORDER</u>

THE MATERIAL HEREIN HAS BEEN FILED ON JANUARY 29, 2010 UNDER
SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED
JANUARY 30, 2009
DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.