United States Bankruptcy Court
Southern District of New York

In re: Lyondell Chemical Company                    Case No. 09-10023

                                                    Court ID (court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| APS Capital Corp. | Mitsubishi Corporation |
|---|---|
| Name of Transferee | Name of Transferor |

| Name and Address where Notices to transferee should be sent | Name and current Address of transferor |
|---|---|
| APS Capital Corp.<br>1301 S. Capital of Texas Hwy.<br>Suite B220<br>Attn. Kirk Ruddy<br>Austin, Texas 78746 | Mitsubishi Corporation<br>Attn. Hidecki Matsukawa<br>3-1 Marunuouchi<br>2-Chome Chiyoda-Ku<br>Tokyo, Japan 100-8068 |

Claim No. 178 for $1,933,797.69

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____/s/Kirk Ruddy_____                    Date:_____March 23, 2010_____

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 & 3571.

-DEADLINE TO OBJECT TO TRANSFER-

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:                                                   _____
                                                        **CLERK OF THE COURT**

### EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Mitsubishi Corporation ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to the APS Capital Corp. (the "Assignee") (in the amounts set forth thereon, all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lyondell Chemical Company, the ("Debtor"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re: Lyondell Chemical Company, et al.* Chapter 11 Case No09-10023 (REG) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of $1,933,797.69 (the "Claim").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owners and holders of the Claim. Assignor further directs each Debtor, the Bankruptcy Court, and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 18 day of February, 2010

MITSUBISHI CORPORATION

By: *[signature]*
Name:         M. AKIMOTO
Title:   ~~General Manager, Petrochemical Intermediates Unit~~
                Commodity Chemicals Div.