George A. Davis, Esq.
Andrew M. Troop, Esq.
Christopher R. Mirick, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York  10281
Telephone:  (212) 504-6000
Facsimile:  (212) 504-6666

- and -

Mark C. Ellenberg, Esq.
Peter Friedman, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, DC 20001
Telephone:  (202) 862-2200
Facsimile:  (202) 862-2400

Attorneys for Lyondell Chemical Company, et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                          :
**In re:**                                :
                                          :          **Chapter 11**
                                          :
**LYONDELL CHEMICAL COMPANY, et al.,**    :          **Case No. 09-10023 (REG)**
                                          :
                                          :          **Jointly Administered**
                      **Debtors.**        :
                                          :
---------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON APRIL 16, 2010 AT 9:45 A.M.

I.      **CONTESTED MATTERS:**

1.      Motion of Akzo Nobel Paints LLC for an Order Granting Relief from the Automatic Stay to Serve Counterclaims on Debtor Millennium Holdings LLC in the Pending New York State Supreme Court Action Captioned Millennium Holdings LLC v. The Glidden Company a/k/a Akzo Nobel Paints LLC [Docket No. 2492]

        Response Deadline: November 12, 2009 at 5:00 p.m.

Responses Received:

A.    Debtors Partial Opposition to Motion of Akzo Nobel Paints LLC for Order
      Granting Relief from the Automatic Stay to Serve Counterclaims on
      Debtor Millennium Holdings LLC in the Pending New York State
      Supreme Court Action Captioned Millennium Holdings LLC v. The
      Glidden Company n/k/a Akzo Nobel Paints LLC [Docket No. 3101]

Related Documents:

A.    Reply in Further Support of Motion for an Order Granting Relief from the
      Automatic Stay to Serve Counterclaims on Debtor Millennium Holdings
      LLC in the Pending New York State Supreme Court Action Captioned
      Millennium Holdings LLC v. The Glidden Company n/k/a Akzo Nobel
      Paints LLC [Docket No. 3295]

Status: This matter is going forward.

2.    Motion of Akzo Nobel Paints LLC for an Order Setting a Deadline for Debtor
      Millennium Holdings, LLC to Assume or Reject an Amended Purchase
      Agreement [Docket No. 3032]

Response Deadline: November 12, 2009 at 5:00 p.m.

Responses Received:

A.    Debtors Opposition to Motion of AKZO Nobel Paints LLC for an Order
      Setting a Deadline for Debtor Millennium Holdings, LLC to Assume or
      Reject an Amended Purchase Agreement [Docket No. 3269]

Related Documents:

A.    Reply of Akzo Nobel Paints LLC in Further Support of Its Motion for an
      Order Setting A Deadline for Debtor Millennium Holdings, LLC to
      Assume or Reject an Amended Purchase Agreement [Docket No. 3315]

Status: This matter is going forward.

3.    Debtor Millennium Chemicals, Inc.'s Objection Pursuant to Section 502(e)(1)(B)
      of the Bankruptcy Code to Claim of AK Steel Corporation (Proof of Claim No.
      11963) [Docket No. 2605]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received: None

Related Documents:

A.   Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B.   Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

Status: This matter is going forward.  A proposed order will be submitted to the Court.

4.   Debtor Millennium Chemicals, Inc.'s Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Proctor & Gamble Company (Proof of Claim No. 11934) [Docket No. 2607]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received: None

Related Documents:

A.   Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B.   Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

Status: This matter is going forward.  A proposed order will be submitted to the Court.

5.   Debtor Millennium Holdings, LLC's Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Akzo Nobel Paints LLC (Proof of Claim No. 11019) [Docket No. 2608]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received:

A.   Response to Debtor Millennium Holdings, LLC's Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Akzo Nobel Paints LLC (Proof of Claim Number 11019) [Docket No. 3027]

Related Documents:

A.   Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B.   Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

C.    Reply Memorandum in Support of Objections to Akzo Nobel Paints LLC's Proof of Claim [Docket No. 3299]

Status: This matter is going forward. A proposed order will be submitted to the Court.

6.    Debtor Lyondell Chemical Company's Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Atlantic Richfield Co., BP West Coast Products LLC, BP Products North America Inc., Arco Environmental Remediation LLC and BP Amoco Chemical Company (Proof of Claim No. 11513) [Docket No. 2612]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received: None

Related Documents:

A.    Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B.    Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

Status: This matter is going forward. A proposed order will be submitted to the Court.

7.    Debtor Lyondell Chemical Company's Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Maxus Energy Corporation (Proof of Claim No. 12303) [Docket No. 2614]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received:

A.    Response of Maxus Energy Corporation and Tierra Solutions, Inc. to Debtors Objections to Claims Filed as Docket Numbers 2614, 2615, 2670, 2671, 2672, 2679, 2680 and 2681 [Docket No. 3015]

Related Documents:

A.    Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B.    Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

**Status**: This matter is going forward. A proposed order will be submitted to the Court.

8.   Debtor Lyondell Chemical Company's Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Tierra Solutions, Inc. (Proof of Claim No. 12301) [Docket No. 2615]

     Response Deadline: October 14, 2009 at 5:00 p.m.

     Responses Received:

     A.   Response of Maxus Energy Corporation and Tierra Solutions, Inc. to Debtors Objections to Claims Filed as Docket Numbers 2614, 2615, 2670, 2671, 2672, 2679, 2680 and 2681 [Docket No. 3015]

     Related Documents:

     A.   Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

     B.   Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

     Status: This matter is going forward. A proposed order will be submitted to the Court.

9.   Debtor Millennium Holdings, LLC's Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Georgia-Pacific LLC (Proof Claim No. 7070) [Docket No. 2621]

     Response Deadline: October 14, 2009 at 5:00 p.m.

     Responses Received:

     A.   Response of Georgia-Pacific LLC to Debtor Millennium Holdings, LLC's Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Georgia-Pacific LLC (Proof Claim No. 7070) [Docket No. 3030]

     Related Documents:

     A.   Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

     B.   Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

     Status: This matter is going forward. A proposed order will be submitted to the Court.

10.     Debtor Millennium Holdings, LLC's Objection Pursuant to Section
        502(e)(1)(B) of the Bankruptcy Code to Claim of Weyerhaeuser Company (Proof
        Claim No. 4699) [Docket No. 2623]

        Response Deadline: October 14, 2009 at 5:00 p.m.

        Responses Received:

        A.      Claimant Weyerhauser Company's Response to Debtors Section
                502(e)(1)(B) Objections [Docket No. 3028]

        Related Documents:

        A.      Memorandum in Support of Debtors' Objections Pursuant to Section
                502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of
                Claim [Docket No. 2689]

        B.      Reply Memorandum of Debtors' in Support of Objections to Certain
                Creditors' Proofs of Claims [Docket No. 3298]

        Status: This matter is going forward.  A proposed order will be submitted to the
        Court.

11.     Debtor Millennium Petrochemicals, Inc.'s Objection Pursuant to Section
        502(e)(1)(B) of the Bankruptcy Code to Claim of Henkel Corp./Cognis Group
        (Proof Claim No. 1076) [Docket No. 2624]

        Response Deadline: October 14, 2009 at 5:00 p.m.

        Responses Received: None

        Related Documents:

        A.      Memorandum in Support of Debtors' Objections Pursuant to Section
                502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of
                Claim [Docket No. 2689]

        B.      Reply Memorandum of Debtors' in Support of Objections to Certain
                Creditors' Proofs of Claims [Docket No. 3298]

        Status: This matter is going forward.  A proposed order will be submitted to the
        Court.

12.     Debtor Lyondell Chemical Company's Objection Pursuant to Section
        502(e)(1)(B) of the Bankruptcy Code to Claim of Atlantic Richfield Co., BP West
        Coast Products LLC, BP Products North America, Inc., Arco Environmental
        Remediation LLC, and BP Amoco Chemical Company (Proof Claim No. 11513)
        [Docket No. 2630]

        Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received: None

Related Documents:

A.      Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B.      Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

Status: This matter is going forward.  A proposed order will be submitted to the Court.

13.     Debtor Millennium Holdings, LLC's Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Arkema Incorporated (Proof Claim No. 2849) [Docket No. 2643]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received:

A.      Response of Arkema, Inc., Certain Teed Corp. and the Marvin Jonas Transfer Station Site Respondents Group to Debtors Objections to Certain Creditors' Proofs of Claim Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code [Docket No. 2879]

Related Documents:

A.      Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B.      Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

Status: This matter is going forward.  A proposed order will be submitted to the Court.

14.     Debtor Millennium Holdings, LLC's Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Certain Teed Corporation (Proof Claim No. 2848) [Docket No. 2644]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received:

A.      Response of Arkema, Inc., Certain Teed Corp. and the Marvin Jonas Transfer Station Site Respondents Group to Debtors Objections to Certain

Creditors' Proofs of Claim Pursuant to Section 502(e)(1)(B) of the
Bankruptcy Code [Docket No. 2879]

Related Documents:

A.    Memorandum in Support of Debtors' Objections Pursuant to Section
502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of
Claim [Docket No. 2689]

B.    Reply Memorandum of Debtors' in Support of Objections to Certain
Creditors' Proofs of Claims [Docket No. 3298]

Status: This matter is going forward.  A proposed order will be submitted to the
Court.

15.    Debtor Millennium Holdings, LLC's Objection Pursuant to Section
502(e)(1)(B) of the Bankruptcy Code to Claim of Marvin Jonas Transfer Station
Site Respondents Group (Proof Claim No. 2139) [Docket No. 2645]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received:

A.    Response of Arkema, Inc., Certain Teed Corp. and the Marvin Jonas
Transfer Station Site Respondents Group to Debtors Objections to Certain
Creditors' Proofs of Claim Pursuant to Section 502(e)(1)(B) of the
Bankruptcy Code [Docket No. 2879]

Related Documents:

A.    Memorandum in Support of Debtors' Objections Pursuant to Section
502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of
Claim [Docket No. 2689]

B.    Reply Memorandum of Debtors' in Support of Objections to Certain
Creditors' Proofs of Claims [Docket No. 3298]

Status: This matter is going forward.  A proposed order will be submitted to the
Court.

16.    Debtor Lyondell Chemical Company's Objection Pursuant to Section
502(e)(1)(B) of the Bankruptcy Code to Claim of MDI Site Joint Defense Group
(Proof Claim No. 5270) [Docket No. 2647]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received:

A.    Response of the MDI Site Joint Defense Group to Debtors Objections
Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claims of

MDI Site Joint Defense Group (Proof of Claim Numbers 5270 and 6301) [Docket No. 3029]

Related Documents:

A.     Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B.     Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

Status: This matter is going forward. A proposed order will be submitted to the Court.

17.     Debtor Lyondell Petrochemicals, Inc.'s Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of MDI Site Joint Defense Group (Proof Claim No. 6301) [Docket No. 2648]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received:

A.     Response of the MDI Site Joint Defense Group to Debtors Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claims of MDI Site Joint Defense Group (Proof of Claim Numbers 5270 and 6301) [Docket No. 3029]

Related Documents:

A.     Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B.     Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

Status: This matter is going forward. A proposed order will be submitted to the Court.

18.     Debtor Millennium Holdings, LLC's Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Hamilton Beach Brands, Inc. (Proof Claim No. 4665) [Docket No. 2651]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received:

A.     Response of Hamilton Beach Brands, Inc. to Claims Objection of the Debtors Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code [Docket No. 3089]

Related Documents:

A.     Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B.     Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

Status: This matter is going forward.  A proposed order will be submitted to the Court.

19.     Debtor Millennium Petrochemicals, Inc.'s Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Ashland, Inc.  (Identified as Day Pitney LLP) (Proof Claim No. 11311) [Docket No. 2652]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received:

A.     Response of Ashland, Inc. to Objections of Debtors Pursuant to Section 503(e)(1)(B) of the Bankruptcy Code to Claims of Ashland, Inc. (Identified as Day Pitney LLP) [Docket No. 3022]

Related Documents:

A.     Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B.     Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

Status: This matter is going forward.  A proposed order will be submitted to the Court.

20.     Debtor MHC, Inc.'s Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Ashland, Inc. (Identified as Day Pitney LLP) (Proof Claim No. 11312) [Docket No. 2653]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received:

A. Response of Ashland, Inc. to Objections of Debtors Pursuant to Section 503(e)(1)(B) of the Bankruptcy Code to Claims of Ashland, Inc. (Identified as Day Pitney LLP) [Docket No. 3022]

Related Documents:

A. Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B. Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

Status: This matter is going forward. A proposed order will be submitted to the Court.

21. Debtor Equistar Chemicals, LP's Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Ashland, Inc. (Identified as Day Pitney LLP) (Proof Claim No. 11313) [Docket No. 2654]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received:

A. Response of Ashland, Inc. to Objections of Debtors Pursuant to Section 503(e)(1)(B) of the Bankruptcy Code to Claims of Ashland, Inc. (Identified as Day Pitney LLP) [Docket No. 3022]

Related Documents:

A. Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B. Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

Status: This matter is going forward. A proposed order will be submitted to the Court.

22. Debtor Petrochemicals Inc.'s Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Givaudan Fragrances Corporation (Proof Claim No. 4706) [Docket No. 2655]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received:

A.  Joinder of Givaudan Fragrances Corporation in Response of LPR Study Area Cooperating Parties Group to Debtors' Objection to Claim [Docket No. 3012]

B.  Joinder of Givaudan Fragrances Corporation in Response of LWD PRP Group to Debtors' Objection to Certain Claims [Docket No. 3014]

Related Documents:

A.  Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B.  Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

Status: This matter is going forward. A proposed order will be submitted to the Court.

23.  Debtor Equistar Chemicals, LP's Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Givaudan Fragrances Corporation (Proof Claim No. 4707) [Docket No. 2656]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received:

A.  Joinder of Givaudan Fragrances Corporation in Response of LPR Study Area Cooperating Parties Group to Debtors' Objection to Claim [Docket No. 3012]

B.  Joinder of Givaudan Fragrances Corporation in Response of LWD PRP Group to Debtors' Objection to Certain Claims [Docket No. 3014]

Related Documents:

A.  Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B.  Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

Status: This matter is going forward. A proposed order will be submitted to the Court.

24.  Debtor MHC, Inc.'s Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Givaudan Fragrances Corporation (Proof Claim No. 8256) [Docket No. 2657]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received:

A.      Joinder of Givaudan Fragrances Corporation in Response of LPR Study Area Cooperating Parties Group to Debtors' Objection to Claim [Docket No. 3012]

B.      Joinder of Givaudan Fragrances Corporation in Response of LWD PRP Group to Debtors' Objection to Certain Claims [Docket No. 3014]

Related Documents:

A.      Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B.      Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

Status: This matter is going forward.  A proposed order will be submitted to the Court.

25.     Debtor Millennium Chemicals Inc., Millennium Petrochemicals Inc., MHC, Inc. Equistar Chemicals, LP's Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of ISP Environmental Services Inc. (Proof Claim No. 12152) [Docket No. 2658]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received:

A.      Response of Wolff & Samson Group to Debtors' Objections to Claims [Docket No. 3003]

Related Documents:

A.      Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B.      Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

Status: This matter is going forward.  A proposed order will be submitted to the Court.

26.     Debtor's Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of LPRSA Site Cooperating Parties (Proof Claim No. 12633) [Docket No. 2659]

USActive 19169350.1 -13-

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received:

A.      Response of Lower Passaic River Study Area Cooperating Parties Group to Debtors Objection to Claim [Docket No. 3009]

B.      Joinder of the Stanley Works in Response of Lower Passaic River Study Area Cooperating Parties Group to Debtors Objection to Claim [Docket No. 3011]

C.      Joinder of Givaudan Fragrances Corporation in Response of Lower Passaic River Study Area Cooperating Parties Group to Debtors Objection to Claim [Docket No. 3012]

D.      Response of Teval Corporation to Motion by Debtors Objecting Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Teval Corporation (Proof of claim #12158) and Joining Response of Lower Passaic River Study Area Cooperating Parties Group (Docket #3009) [Docket No. 3025]

Related Documents:

A.      Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B.      Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

Status: This matter is going forward.  A proposed order will be submitted to the Court.

27.     Debtor Millennium Petrochemicals, Inc.'s Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Mallinckrodt, Inc. (Proof Claim No. 11368) [Docket No. 2666]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received:

A.      Response of Mallinckrodt, Inc. to Objections of Debtors Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claims of Mallinckrodt, Inc. [Docket No. 3023]

Related Documents:

A.  Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B.  Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

Status: This matter is going forward. A proposed order will be submitted to the Court.

28.  Debtor MHC Inc.'s Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Mallinckrodt, Inc. (Proof Claim No. 11369) [Docket No. 2667]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received:

A.  Response of Mallinckrodt, Inc. to Objections of Debtors Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claims of Mallinckrodt, Inc. [Docket No. 3023]

Related Documents:

A.  Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B.  Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

Status: This matter is going forward. A proposed order will be submitted to the Court.

29.  Debtor Equistar Chemicals, LP's Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Mallinckrodt, Inc. (Proof Claim No. 11370) [Docket No. 2668]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received:

A.  Response of Mallinckrodt, Inc. to Objections of Debtors Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claims of Mallinckrodt, Inc. [Docket No. 3023]

Related Documents:

A.  Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B.  Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

Status: This matter is going forward. A proposed order will be submitted to the Court.

30.  Debtor MHC Inc.'s Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Maxus Energy Corporation (Proof Claim No. 12296) [Docket No. 2670]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received:

A.  Response of Maxus Energy Corporation and Tierra Solutions, Inc. to Debtors Objections to Claims Filed as Docket Numbers 2614, 2615, 2670, 2671, 2672, 2679, 2680 and 2681 [Docket No. 3015]

Related Documents:

A.  Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B.  Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

Status: This matter is going forward. A proposed order will be submitted to the Court.

31.  Debtor Millennium Petrochemicals, Inc.'s Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Maxus Energy Corporation (Proof Claim No. 12306) [Docket No. 2671]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received:

A.  Response of Maxus Energy Corporation and Tierra Solutions, Inc. to Debtors Objections to Claims Filed as Docket Numbers 2614, 2615, 2670, 2671, 2672, 2679, 2680 and 2681 [Docket No. 3015]

Related Documents:

A.  Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B.  Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

Status: This matter is going forward.  A proposed order will be submitted to the Court.

32.     Debtor Equistar Chemicals, LP's Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Maxus Energy Corporation (Proof Claim No. 12309) [Docket No. 2672]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received:

A.      Response of Maxus Energy Corporation and Tierra Solutions, Inc. to Debtors Objections to Claims Filed as Docket Numbers 2614, 2615, 2670, 2671, 2672, 2679, 2680 and 2681 [Docket No. 3015]

Related Documents:

A.      Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B.      Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

Status: This matter is going forward.  A proposed order will be submitted to the Court.

33.     Debtor Lyondell Chemical Company's Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Non-Public Third Party Joint Defense Group (aka NJ Dep. v. Occidental Chemical Corp. et al.) (Proof Claim No. 7781) [Docket No. 2673]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received:

A.      Response of the Non-Public Third Party Joint Defense Group In NJDEP v. Occidental Chemical Corp., et al. (Docket No. ESX-L-9868-05) [Docket No. 3031]

Related Documents:

A.      Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B.      Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

Status: This matter is going forward.  A proposed order will be submitted to the Court.

33.     Debtor Lyondell Chemical Company's Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Non-Public Third Party Joint Defense Group (aka NJ Dep. v. Occidental Chemical Corp. et al.) (Proof Claim No. 7781) [Docket No. 2673]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received:

A.      Response of the Non-Public Third Party Joint Defense Group In NJDEP v. Occidental Chemical Corp., et al. (Docket No. ESX-L-9868-05) [Docket No. 3031]

Related Documents:

A.      Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B.      Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

USActive 19169350.1                    -17-

Status: This matter is going forward. A proposed order will be submitted to the
Court.

34.     Debtor Lyondell Chemical Company's Objection Pursuant to Section
        502(e)(1)(B) of the Bankruptcy Code to Claim of Teval Corp. (Proof Claim No.
        12158) [Docket No. 2674]

        Response Deadline: October 14, 2009 at 5:00 p.m.

        Responses Received:

        A.      Response of Teval Corporation to Motion by Debtors Objecting Pursuant
                to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Teval
                Corporation (Proof of claim No.12158) and Joining Response of Lower
                Passaic River Study Area Cooperating Parties Group (Docket No. 3009)
                [Docket No. 3025]

        Related Documents:

        A.      Memorandum in Support of Debtors' Objections Pursuant to Section
                502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of
                Claim [Docket No. 2689]

        B.      Reply Memorandum of Debtors' in Support of Objections to Certain
                Creditors' Proofs of Claims [Docket No. 3298]

        Status: This matter is going forward. A proposed order will be submitted to the
        Court.

35.     Debtor MHC Inc.'s Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy
        Code to Claim of the Dial Corporation (Proof Claim No. 11315) [Docket No.
        2675]

        Response Deadline: October 14, 2009 at 5:00 p.m.

        Responses Received:

        A.      Response of The Dial Corporation to Objections of Debtors Pursuant to
                Section 502(e)(1)(B) of the Bankruptcy Code to Claims of The Dial
                Corporation [Docket No. 3024]

        Related Documents:

        A.      Memorandum in Support of Debtors' Objections Pursuant to Section
                502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of
                Claim [Docket No. 2689]

        B.      Reply Memorandum of Debtors' in Support of Objections to Certain
                Creditors' Proofs of Claims [Docket No. 3298]

Status: This matter is going forward.  A proposed order will be submitted to the Court.

36.     Debtor Equistar Chemicals, LP's Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of the Dial Corporation (Proof Claim No. 11316) [Docket No. 2676]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received:

A.      Response of The Dial Corporation to Objections of Debtors Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claims of The Dial Corporation [Docket No. 3024]

Related Documents:

A.      Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B.      Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

Status: This matter is going forward.  A proposed order will be submitted to the Court.

37.     Debtor Millennium Petrochemicals, Inc.'s Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of the Dial Corporation (Proof Claim No. 11318) [Docket No. 2677]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received:

A.      Response of The Dial Corporation to Objections of Debtors Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claims of The Dial Corporation [Docket No. 3024]

Related Documents:

A.      Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B.      Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

Status: This matter is going forward.  A proposed order will be submitted to the Court.

38.    Debtor's Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of the Stanley Works (Proof Claim No. 11968) [Docket No. 2678]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received:

A.    Joinder of The Stanley Works in Response of Lower Passaic River Study Area Cooperating Parties Group to Debtors Objection to Claim [Docket No. 3011]

Related Documents:

A.    Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B.    Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

Status: This matter is going forward.  A proposed order will be submitted to the Court.

39.    Debtor MHC Inc.'s Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Tierra Solutions, Inc. (Proof Claim No. 12297) [Docket No. 2679]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received:

A.    Response of Maxus Energy Corporation and Tierra Solutions, Inc. to Debtors Objections to Claims Filed as Docket Numbers 2614, 2615, 2670, 2671, 2672, 2679, 2680 and 2681 [Docket No. 3015]

Related Documents:

A.    Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B.    Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

Status: This matter is going forward.  A proposed order will be submitted to the Court.

40.    Debtor Millennium Petrochemical, Inc.'s Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Tierra Solutions, Inc. (Proof Claim No. 12307) [Docket No. 2680]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received:

A.      Response of Maxus Energy Corporation and Tierra Solutions, Inc. to Debtors Objections to Claims Filed as Docket Numbers 2614, 2615, 2670, 2671, 2672, 2679, 2680 and 2681 [Docket No. 3015]

Related Documents:

A.      Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B.      Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

Status: This matter is going forward.  A proposed order will be submitted to the Court.

41.      Debtor Equistar Chemicals, LP's Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Tierra Solutions, Inc. (Proof Claim No. 12308) [Docket No. 2681]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received:

A.      Response of Maxus Energy Corporation and Tierra Solutions, Inc. to Debtors Objections to Claims Filed as Docket Numbers 2614, 2615, 2670, 2671, 2672, 2679, 2680 and 2681 [Docket No. 3015]

Related Documents:

A.      Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B.      Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

Status: This matter is going forward.  A proposed order will be submitted to the Court.

42.      Debtor Equistar Chemicals, LP's Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Wolff & Sampson Group/Wolff & Sampson PC (Proof Claim No. 8265) [Docket No. 2682]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received:

A.    Response of Wolff & Samson Group to Debtors' Objections to Claims [Docket No. 3003]

Related Documents:

A.    Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B.    Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

Status: This matter is going forward. A proposed order will be submitted to the Court.

43.    Debtor Millennium Chemicals Inc.'s Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Wolff & Sampson Group/Wolff & Sampson PC (Proof Claim No. 8265) [Docket No. 2683]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received:

A.    Response of Wolff & Samson Group to Debtors' Objections to Claims [Docket No. 3003]

Related Documents:

A.    Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B.    Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

Status: This matter is going forward. A proposed order will be submitted to the Court.

44.    Debtor Millennium Holdings, LLC's Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Hamilton Beach Brands, Inc. (Proof Claim No. 4665) [Docket No. 2684]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received:

A.      Response of Hamilton Beach Brands, Inc. to Claims Objection of the Debtors Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code [Docket No. 3089]

Related Documents:

A.      Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B.      Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

Status: This matter is going forward. A proposed order will be submitted to the Court.

45.      Debtor Lyondell Chemical Company's Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Atlantic Richfield No., BP West Coast Products LLC, BP Products North America Inc., Arco Environmental Remediation LLC, and BP Amoco Chemical Company (Proof Claim No. 11513) [Docket No. 2685]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received: None

Related Documents:

A.      Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B.      Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

Status: This matter is going forward. A proposed order will be submitted to the Court.

46.      Debtors Motion Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing the Debtors to Examine and Obtain Discovery from Aspen Technology, Inc. [Docket No. 3889]

Response Deadline: March 15, 2010 at 12:00 p.m.

Responses Received:

A.      Objection of Aspen Technology to Debtors' Motion Pursuant to Rule 2004 Authorizing the Debtors to Examine and Obtain Discovery from Aspen Technology [Docket No. 3974]

Related Documents:

A.     Debtors Reply to the Objection of Aspen Technology Inc. to Debtors Motion for Authority to Conduct Discovery [Docket No. 4158]

Status: This matter is going forward.  A proposed order will be submitted to the Court.

47.    Debtors' Twenty-Sixth Omnibus Motion for Entry of an Order Authorizing Rejection of Certain Executory Contracts [Docket No. 3840]

Response Deadline: March 1, 2010 at 4:00 p.m.

Responses Received:

A.     Constellation NewEnergy, Inc.'s Limited Objection to Debtors Twenty-Sixth Omnibus Motion for Entry of an Order Authorizing the Rejection of Certain Executory Contracts [Docket No. 3866]

B.     Verified Limited Objection of INEOS Olefins & Polyolefins USA to the Debtors Twenty-Sixth Omnibus Motion for Entry of an Order Authorizing the Rejection of Certain Executory Contracts [Docket No. 3876]

C.     Objection of Arch Chemicals, Inc. to Debtors' Twenty-Sixth Omnibus Motion for Entry of an Order Authorizing Rejection of Certain Executory Contracts [Docket No. 3888]

D.     Celanese Ltd.'s Objection to Debtors' Twenty-Sixth Omnibus Motion for Entry of an Order Authorizing Rejection of Certain Executory Contracts [filed under seal]

Related Documents:

A.     Motion to File Under Seal Motion of Celanese, Ltd. for Entry of an Order Authorizing Celanese Ltd. to File Under Seal Its Objection to Debtors' Twenty-Sixth Omnibus Motion for Entry of an Order Authorizing the Rejection of Certain Executory Contracts [Docket No. 3867]

B.     Order Authorizing Celanese Ltd. to File Under Seal Its Objection to Debtors' Twenty-Sixth Omnibus Motion for Entry of an Order Authorizing the Rejection of Certain Executory Contracts [Docket No. 3886]

C.     Order Granting In Part And Adjourning In Part Debtors' Twenty-Sixth Omnibus Motion for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [Docket No. 3957]

D.     Notice of Filing Supplemental Proposed Order Authorizing in Part Debtors' Twenty-Sixth Omnibus Motion for Entry of an Order

Authorizing the Rejection of Certain Executory Contracts and Withdrawal of Celanese Ltd. Ethylene Sales Contract From Same [Docket No. 4138]

E.    Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal Their Response to the Objection of Constellation Newenergy, Inc.'s Limited Objection to Debtors' Twenty-Sixth Omnibus Motion for Entry of an Order Authorizing the Rejection of Certain Executory Contracts [Docket No. 4162]

F.    Order Granting Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal Their Response to the Objection of Constellation Newenergy, Inc.'s Limited Objection to Debtors' Twenty-Sixth Omnibus Motion for Entry of an Order Authorizing the Rejection of Certain Executory Contracts [Docket No. 4164]

G.    Motion to Seal Debtors' Response to the Objection of Celanese Ltd. Debtors' Twenty-Sixth Omnibus Motion [Docket No. 4173]

H.    Response to the Objection of Arch Chemicals, Inc. to Debtors' Twenty-Sixth Omnibus Motion for Entry of an Order Authorizing the Rejection of Certain Executory Contracts [Docket No. 4199]

Status: This matter has been adjourned with respect to INEOS, Arch Chemicals, and Constellation.  This matter is going forward with respect to Celanese. A proposed order will be submitted to the Court.

## II.    **UNCONTESTED MATTERS:**

48.    Debtors' Thirty-Ninth Tier I Omnibus Objection to Certain Unenforceable Filed Proofs of Claim  [Docket No. 4006]

Response Deadline: April 1, 2010 at 4:00 p.m.

Responses Received: None

Related Documents: None

Status: This matter is going forward.  A proposed order will be submitted to the Court.

49.    Debtors' Fortieth Tier I Omnibus Objection to Certain Unenforceable Filed Proofs of Claim [Docket No. 4007]

Response Deadline: April 1, 2009 at 4:00 p.m.

Responses Received: None

Related Documents: None

Status: This matter is going forward. A proposed order will be submitted to the Court.

50. Debtors' Forty-First Tier I Omnibus Objection to Certain Unenforceable Filed Proofs of Claim [Docket No. 4008]

Response Deadline: April 1, 2009 at 4:00 p.m.

Responses Received: None

Related Documents: None

Status: This matter is going forward with respect to all proofs of claim, with the exception of proofs of claim nos. 3681, 11154 and 11155 which are adjourned. A proposed order will be submitted to the Court.

51. Debtors' Forty-Second Tier I Omnibus Objection to Certain Unenforceable Filed Proofs of Claim [Docket No. 4009]

Response Deadline: April 1, 2009 at 4:00 p.m.

Responses Received: None

Related Documents: None

Status: This matter is going forward. A proposed order will be submitted to the Court.

52. Debtors' Forty-Third Tier I Omnibus Objection to Certain Unenforceable Filed Proofs of Claim [Docket No. 4010]

Response Deadline: April 1, 2009 at 4:00 p.m.

Responses Received: None

Related Documents: None

Status: This matter is going forward. A proposed order will be submitted to the Court.

53. Debtors' Twenty-Seventh Omnibus Motion for Entry of an Order Authorizing Rejection of Certain Executory Contracts and Unexpired Leases [Docket No. 4014]

Response Deadline: April 2, 2009 at 4:00 p.m.

Responses Received: None

Related Documents:

A.  Notice of Withdrawal of Amoco Chemical Company Agreement from Debtors Twenty-Seventh Omnibus Motion for Entry of an Order Authorizing Rejection of Certain Executory Contracts and Unexpired Lease [Docket No. 4070]

Status: This matter is going forward. A proposed order will be submitted to the Court.

54.  Debtors' Twenty-Eighth Omnibus Motion for Entry of an Order Authorizing Rejection of Certain Executory Contracts and Unexpired Leases [Docket No. 4015]

Response Deadline: April 2, 2009 at 4:00 p.m.

Responses Received: None

Related Documents: None

Status: This matter is going forward. A proposed order will be submitted to the Court.

55.  Debtors' Twenty-Ninth Omnibus Motion for Entry of an Order Authorizing Rejection of Certain Executory Contracts and Unexpired Leases [Docket No. 4016]

Response Deadline: April 2, 2010 at 4:00 p.m.

Responses Received:

A.  Objection of GE Capital Fleet Services to Debtors Twenty-Ninth Omnibus Motion for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [Docket No. 4100]

B.  Response and Limited Objection of Calgon Carbon Corporation to Debtors' Twenty-Ninth Omnibus Motion for Entry of an Order Authorizing Rejection of Certain Executory Contracts and Unexpired Leases [Docket No. 4151]

Related Documents:

A.  Notice of Withdrawal of Calgon Carbon Corporation Agreement from Debtors' Twenty-Ninth Omnibus Motion for Entry of an Order Authorizing Rejection of Certain Executory Contracts and Unexpired Leases [Docket No. 4238]

Status: This matter is going forward. The objection from GE Capital Fleet Services will be resolved through a revised proposed order, which will be submitted to the Court.

56.     Debtors' Thirtieth Omnibus Motion for Entry of an Order Authorizing the Assumption of Certain Executory Contracts and Unexpired Leases and Determining Associated Cure Claims [Docket No. 4065]

Response Deadline: April 5, 2009 at 4:00 p.m.

Responses Received: None

Related Documents: None

Status: This matter is going forward.  A proposed order will be submitted to the Court.

57.     Debtors' Thirty-First Omnibus Motion for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [Docket No. 4069]

Response Deadline: April 5, 2010 at 4:00 p.m.

Responses Received: None

Related Documents:

A.      Notice of Withdrawal of IXOS Software, Inc. from Debtors Thirty-First Omnibus Motion for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [Docket No. 4139]

Status: This matter is going forward.  A proposed order will be submitted to the Court.

## III.    RESOLVED MATTERS:

58.     Debtor Millennium Chemicals, Inc.'s Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of 68th Street Coalition (Proof of Claim No. 7068) [Docket No. 2606]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received: None

Related Documents:

A.      Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B.      Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

C.      Stipulation Resolving Debtor's Motion for Disallowance of Proof of Claim No. 7068 Filed by the 68th Street Coalition [Docket No. 3925]

Status: This matter has been resolved.

59.      Debtor Millennium Chemicals, Inc.'s Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Route 21 Associates of Belleville, LLC (Proof of Claim No. 4982) [Docket No. 2609]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received:

A.      Response of Route 21 Associates, LLC to Debtor's Objection to Claim No. 4982 [Docket No. 2999]

B.      Supplemental Response to Motion by Debtors Objecting to Claim No. 4982 [Docket No. 4111]

Related Documents:

A.      Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B.      Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

C.      Stipulation and Order Resolving Debtors' Motion for Objection to Claim Number 4982 of Route 21 Associates of Belleville LLC [submitted to Court]

Status: This matter will be resolved by stipulation.

60.      Debtor Lyondell Chemical Company's Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Berk's Landfill Qualified Settlement Trust (Proof of Claim No. 11933) [Docket No. 2610]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received:

A.      Response Of Berks Landfill Qualified Settlement Trust Fund (c/o Alan Golub) to Debtor's Objection to Claim [Docket No. 3045]

Related Documents:

A.      Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B.     Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

C.     Stipulation and Order Resolving Debtors' Motion for Disallowance of Proof of Claim No. 11933 Filed by Berk's Qualified Settlement Trust Fund [submitted to Court]

Status: This matter will be resolved by stipulation.

61.     Debtor Millennium Holdings, LLC's Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Gems Phase II Trust (on Behalf of Itself and Settlors Identified on Exhibit B) (Proof Claim No. 1747) [Docket No. 2616]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received: None

Related Documents:

A.     Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B.     Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

C.     Stipulation Resolving Debtors' Motion for Disallowance of Proofs of Claim Nos. 1746 and 1747 Filed by Gems Phase II Trust [Docket No. 3924]

Status: This matter has been resolved.

62.     Debtor Millennium Holdings, LLC's Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Gems Phase II Trust (on Behalf of the State of New Jersey, Its Beneficiary) (Proof Claim No. 1746) [Docket No. 2617]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received: None

Related Documents:

A.     Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B.     Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

C. Stipulation Resolving Debtors' Motion for Disallowance of Proofs of Claim Nos. 1746 and 1747 Filed by Gems Phase II Trust [Docket No. 3924]

Status: This matter has been resolved.

63. Debtor Millennium Chemicals, Inc.'s Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Cristal Inorganic Chemicals US Inc. (Proof Claim No. 11379) [Docket No. 2618]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received: None

Related Documents:

A. Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B. Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

C. Stipulation Partially Disallowing Certain Contingent Claims Asserted in Proofs of Claim Nos. 11378, 11379 and 11380 Filed by the National Titanium Dioxide Co., Ltd. [Docket No. 3923]

Status: This matter has been resolved.

64. Debtor Millennium Holdings, LLC's Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Cristal Inorganic Chemicals US Inc. (Proof Claim No. 11380) [Docket No. 2619]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received: None

Related Documents:

A. Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B. Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

C. Stipulation Partially Disallowing Certain Contingent Claims Asserted in Proofs of Claim Nos. 11378, 11379 and 11380 Filed by the National Titanium Dioxide Co., Ltd. [Docket No. 3923]

Status: This matter has been resolved.

65.     Debtor Millennium Chemicals, Inc.'s Objection Pursuant to Section
        502(e)(1)(B) of the Bankruptcy Code to Claim of National Titanium Dioxide Co.,
        Ltd. (Proof Claim No. 11378) [Docket No. 2622]

        Response Deadline: October 14, 2009 at 5:00 p.m.

        Responses Received: None

        Related Documents:

        A.      Memorandum in Support of Debtors' Objections Pursuant to Section
                502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of
                Claim [Docket No. 2689]

        B.      Reply Memorandum of Debtors' in Support of Objections to Certain
                Creditors' Proofs of Claims [Docket No. 3298]

        C.      Stipulation Partially Disallowing Certain Contingent Claims Asserted in
                Proofs of Claim Nos. 11378, 11379 and 11380 Filed by the National
                Titanium Dioxide Co., Ltd. [Docket No. 3923]

        Status: This matter has been resolved.

66.     Debtor Millennium Holdings, LLC's Objection Pursuant to Section
        502(e)(1)(B) of the Bankruptcy Code to Claim of NL Industries (Proof Claim No.
        12669) [Docket No. 2635]

        Response Deadline: October 14, 2009 at 5:00 p.m.

        Responses Received: None

        Related Documents:

        A.      Memorandum in Support of Debtors' Objections Pursuant to Section
                502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of
                Claim [Docket No. 2689]

        B.      Reply Memorandum of Debtors' in Support of Objections to Certain
                Creditors' Proofs of Claims [Docket No. 3298]

        C.      Stipulation Resolving Debtor Millennium Holdings, LLC's Objection
                Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of NL
                Industries (Proof of Claim Number 12669) [Docket No. 4168]

        Status: This matter has been resolved.

67. Debtor Millennium Worldwide Holdings I Inc.'s Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Union Pacific Railroad Company (Proof Claim No. 11987) [Docket No. 2638]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received: None

Related Documents:

A. Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B. Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

C. Stipulation Resolving Debtors Motion for Disallowance of Proof of Claim Nos. 11987 and 12039 Filed by Union Pacific Railroad Company [Docket No. 3926]

Status: This matter has been resolved.

68. Debtor Millennium Petrochemicals, Inc.'s Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Union Pacific Railroad Company (Proof Claim No. 12039) [Docket No. 2640]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received: None

Related Documents:

A. Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B. Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

C. Stipulation Resolving Debtors Motion for Disallowance of Proof of Claim Nos. 11987 and 12039 Filed by Union Pacific Railroad Company [Docket No. 3926]

Status: This matter has been resolved.

69. Debtors' Motion to Enforce the Automatic Stay Against International Paper Company [Docket No. 3968]

Response Deadline: March 26, 2010 at 4:00 p.m.

Responses Received: None

Related Documents:

A.     Stipulation Resolving Debtors Motion to Enforce the Automatic Stay Against International Paper Company [Docket No. 4193]

Status: This matter has been resolved by stipulation.

70.     Debtors' Motion for Order Making Certain Orders and Other Pleadings Entered or Filed in Chapter 11 Cases of Affiliated Debtors Applicable to Recently Filed Cases [Docket No. 1590]

Response Deadline: April 29, 2009 at 12:00 p.m.

Responses Received:

A.     Objection of ConocoPhilips to Motion for Order Making Certain Orders and Other Pleadings Entered or Filed in Chapter 11 Cases of Affiliated Debtors Applicable to Recently Filed Cases [Docket No. 1707]

Related Documents:

A.     Interim Order Making Certain Orders and Other Pleadings Entered or Filed in Chapter 11 Cases of Affiliated Debtors Applicable to Recently Filed Cases [Docket No. 1649]

Status: This matter will be resolved by a stipulation to be presented at the hearing.

71.     Motion of ConocoPhillips to Authorize Exercise of Recoupment Rights and Allow Administrative Claim [Docket No. 3994]

Response Deadline: March 29, 2010 at 4:00 p.m.

Responses Received: None

Related Documents: None

Status: This matter will be resolved by a stipulation to be presented at the hearing.

72.     Debtors' Thirty-Eighth Tier I Omnibus Objection to Certain Unenforceable Filed Proofs of Claim [Docket No. 3806]

Response Deadline: February 26, 2010 at 4:00 p.m.

Responses Received:

A.     Opposition of The National Titanium Dioxide Co. Ltd. (Cristal) et al., to Debtors Thirty-Eighth Tier I Omnibus Objection to Certain Unenforceable Filed Proofs of Claim [Docket No. 3865]

Related Documents:

A.    Notice of Presentment of Stipulation and Order Resolving in Part and Adjourning in Part the Debtors Thirty-Eighth Tier I Omnibus Objection to Certain Unenforceable Filed Proofs of Claim [Docket No. 4178]

B.    Amended Notice of Presentment of Stipulation and Order Resolving in Part and Adjourning in Part the Debtors Thirty-Eighth Tier I Omnibus Objection [Docket No. 4211]

Status: This matter has been resolved in part and adjourned in part to a date to be determined.

73.    Motion of Occidental Chemical Corp. for Relief from the Automatic Stay to Permit Setoff [Docket No. 272]

Response Deadline: March 4, 2010 at 5:00 p.m.

Responses Received: None

Related Documents:

A.    Notice of Presentment of Stipulation and Order Resolving the Motion of Occidental Chemical Corporation for Relief from the Automatic Stay to Permit Setoff, Assuming the Related Ethylene Sales Agreement and Compromising Associated Claims [Docket No. 4179]

Status: This matter will be resolved by stipulation.

74.    Debtor Equistar Chemicals, LP's Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Givaudan Flavors Corporation (Proof Claim No. 4694) [Docket No. 2626]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received:

A.    Joinder of Givaudan Flavors Corporation in Response of LWD PRP Group to Debtors' Objection to Certain Claims [Docket No. 3014]

Related Documents:

A.    Memorandum in Support of Debtors' Objections Pursuant to 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B.    Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

C. Notice of Withdrawal of Debtors' Objection to Proof of Claim No. 4964 [Docket No. 4232]

Status: This objection has been withdrawn.

75. Debtor Millennium Petrochemicals, Inc.'s Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Givaudan Flavors Corporation (Proof Claim No. 4696) [Docket No. 2627]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received:

A. Joinder of Givaudan Flavors Corporation in Response of LWD PRP Group to Debtors' Objection to Certain Claims [Docket No. 3014]

Related Documents:

A. Memorandum in Support of Debtors' Objections Pursuant to 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B. Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

C. Notice of Withdrawal of Debtors' Objection to Proof of Claim No. 4696 [Docket No. 4233]

Status: This objection has been withdrawn.

76. Debtor Equistar Chemicals, LP's Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of PRP Group Coordinator (Proof Claim No. 3321) [Docket No. 2628]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received:

A. Response of LWD PRP Group to the Debtors' Objections to Certain Creditors' Proofs of Claim for Disallowance of Claims Under Section 502(e)(1)(B) of the Bankruptcy Code [Docket No. 3013]

B. Joinder of Givaudan Flavors Corporation in Response of LWD PRP Group to Debtors' Objection to Certain Claims [Docket No. 3014]

Related Documents:

A. Memorandum in Support of Debtors' Objections Pursuant to 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B.      Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

C.      Notice of Withdrawal of Debtors' Objection to Proof of Claim No. 3321 [Docket No. 4235]

Status: This objection has been withdrawn.

77.      Debtor Millennium Petrochemicals, Inc.'s Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of PRP Group Coordinator (Proof Claim No. 3322) [Docket No. 2629]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received:

A.      Response of LWD PRP Group to the Debtors' Objections to Certain Creditors' Proofs of Claim for Disallowance of Claims Under Section 502(e)(1)(B) of the Bankruptcy Code [Docket No. 3013]

B.      Joinder of Givaudan Flavors Corporation in Response of LWD PRP Group to Debtors' Objection to Certain Claims [Docket No. 3014]

Related Documents:

A.      Memorandum in Support of Debtors' Objections Pursuant to 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B.      Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

C.      Notice of Withdrawal of Debtors' Objection to Proof of Claim No. 3222 [Docket No. 4236]

Status: This objection has been withdrawn.

78.      Debtor Millennium Holdings, LLC's Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of Hamilton Beach Brands, Inc. (Proof Claim No. 4665) [Docket No. 2649]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received:

A.      Response of Hamilton Beach Brands, Inc. to Claims Objection of the Debtors Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code [Docket No. 3089]

Related Documents:

A. Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B. Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

C. Notice of Withdrawal of Debtors' Objection to Proof of Claim No. 4665 [Docket No. 4227]

Status: This objection has been withdrawn.

79. Debtor Millennium Holdings, LLC's Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of My Sister's Place (Proof Claim No. 12755) [Docket No. 2650]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received: None

Related Documents:

A. Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B. Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

C. Notice of Withdrawal of Debtors' Objection to Proof of Claim No. 12755 [Docket No. 4231]

Status: This objection has been withdrawn.

80. Motion of Total Safety USA, Inc. to Allow Claims and Payment of Administrative Expense Claims [Docket No. 1621]

Response Deadline: April 9, 2010 at 4:00 p.m.

Responses Received: None

Related Documents:

A. Notice of Withdrawal of Motion of Total Safety US, Inc. for Allowance and Payment of Administrative Expense Claims Pursuant to Section 503(b)(9) [Docket No. 4182]

Status: This motion has been withdrawn.

IV. **ADJOURNED MATTERS:**

81.     Pretrial Conference (Lyondell Chemical Co. v. Computer Sciences Corp. – Adv. No. 09-1460)

        Response Deadline: None

        Responses Received: None

        Related Documents: None

        Status: This matter has been adjourned to a date to be determined.

82.     Computer Sciences Corporation's Motion and Memorandum to Dismiss, or in the Alternative, to Stay [Docket No. 7] (Lyondell Chemical Co. v. Computer Sciences Corp. – Adv. No. 09-1460)

        Response Deadline: January 8, 2010

        Responses Received: None

        Related Documents: None

        Status: This matter has been adjourned to a date to be determined.

83.     Zvi Englander and Company, Ltd.'s Motion (I) for Relief from the Automatic Stay to Enable Setoff; (II) Authorizing Setoff; (III) for Allowance and Immediate Payment of Administrative Expense Claim; and (IV) Granting Related Relief [Docket No. 3483]

        Response Deadline: May 6, 2010 at 4:00 p.m.

        Responses Received: None

        Related Documents: None

        Status: This matter has been adjourned to May 13, 2010 at 9:45 a.m.

84.     Motion of General Electric Capital Corporation and NMHG Financial Services, Inc. to Compel Motion for Entry of an Order (A) Compelling Post-Petition Payments Pursuant to Leases; (B) Compelling Immediate Assumption or Rejection of Leases and Cure Payments; (C) Granting and Administrative Expense Claim; and (D) Granting Other Relief [Docket No. 2811]

        Response Deadline: March 12, 2010 at 5:00 p.m.

        Responses Received:

        A.      Debtors Objection to the Motion of General Electric Capital Corporation and NMHG Financial Services, Inc. for Entry of an Order (A) Compelling Post-Petition Payments Pursuant to Leases; (B) Compelling Immediate Assumption or Rejection of Leases, and Cure Payments; (C) Granting an

Administrative Expense Claim; and (D) Granting Other Relief [Docket No. 4186]

Related Documents: None

Status: This matter has been adjourned to May 13, 2010 at 9:45 a.m.

85. Motion of The Eads Company for Allowance and Payment of Administrative Expense [Docket No. 3681]

Response Deadline: April 6, 2010 at 5:00 p.m.

Responses Received:

A. Objection to Motion of The Eads Company for Allowance and Payment of Administrative Expense [Docket No. 4152]

Related Documents: None

Status: This matter has been adjourned to May 13, 2010 at 9:45 a.m.

86. Motion of Randy Woelfel for Allowance and Payment of Administrative Expenses [Docket No. 3969]

Response Deadline: May 3, 2010 at 4:00 p.m.

Responses Received: None

Related Documents: None

Status: This matter has been adjourned to May 13, 2010 at 9:45 a.m.

87. Motion to Authorize the Rejection and Assumption of Certain Executory Contracts with Ineos Olefins & Polymers USA [Docket No. 4071]

Response Deadline: April 2, 2010 at 4:00 p.m.

Responses Received:

A. Objection of INEOS Olefins & Polymers USA to Debtors Motion for Entry of an Order Authorizing the Rejection and Assumption of Certain Executory Contracts with INEOS Olefins & Polymers USA [Docket No. 4143]

Related Documents: None

Status: This matter has been adjourned to May 13, 2010 at 9:45 a.m.

88. Debtors' Thirty-Fifth Tier I Omnibus Objection to Certain Unenforceable Filed Proofs of Claim Solely with Respect to Proofs of Claim Nos. 380, 388, 481, 482,

1344, 12699, 279488, 279515, 279517, 279519, 279520, 279521, 279570, and 279852 [Docket No. 3803]

Response Deadline: February 26, 2010 at 4:00 p.m.

Responses Received:

A.      Response to Debtors Thirty-Fifth Omnibus Objection to Claims filed by John P. Dillman on behalf of A Concerned Employee, City of Pearland, City of Texas City, Dallas County, Ector CAD, Galveston County, Harris County, Houston Independent School District, Jackson County, Liberty County, Montgomery County, Nueces County, Palacios ISD, Refugio County, Victoria County [Docket No. 3859]

Related Documents:

A.      Order Granting Debtors Thirty-Fifth Tier I Omnibus Objection to Certain Unenforceable Filed Proofs of Claim [Docket No. 3960]

Status: This matter has been adjourned to May 13, 2010 at 9:45 a.m.

89.     Debtors' Thirty-Sixth Tier I Omnibus Objection to Certain Unenforceable Filed Proofs of Claim Solely with Respect to Proofs of Claim Nos. 279630, 279631, 279646, 279647, 279648, 279649, 279650, 279652, 279664, 279665, 279666, 279667, 279668, 279670 [Docket No. 3804]

Response Deadline: February 26, 2010 at 4:00 p.m.

Responses Received:

A.      Response of Oakland County Treasurer to Debtors' Thirty-Sixth Tier I Omnibus Objection [Docket No. 3855]

B.      Response of City of Pearland, City of Texas City, Ector CAD, Galveston County, Harris County, Jackson County, Liberty County, Matagorda County, Montgomery County, Orange County, Palacios ISD, Polk County, Wharton County to Debtors' Thirty-Sixth Omnibus Objection to Claims [Docket No. 3860]

C.      Response of New York State Department of Taxation and Finance to Debtors' Thirty-Sixth Tier I Omnibus Objection to Certain Unenforceable Filed Proofs of Claim [Docket No. 3870]

Related Documents:

A.      Notice of Withdrawal its response to the Debtors' Thirty-Sixth Tier I Omnibus Objection [Docket No. 3861]

B.    Order Granting Debtors Thirty-Sixth Tier I Omnibus Objection to Certain Unenforceable Filed Proofs of Claim [Docket No. 3964]

Status: This matter has been adjourned to May 13, 2010 at 9:45 a.m.

90.    Debtors' Thirteenth Omnibus Motion for Entry of an Order Authorizing the Rejection of Certain Unexpired Leases and Executory Contracts Solely with Respect to the Purchase Agreement with Toyota Motor Manufacturing North America, Inc. [Docket No. 2843]

Response Deadline: March 1, 2010 at 5:00 p.m.

Responses Received:

A.    Objection of Toyota Motor Engineering & Manufacturing North America, Inc. to Debtors' Thirteenth Omnibus Motion for Entry of an Order Authorizing the Rejection of Certain Unexpired Leases and Executory Contracts [Docket No. 3873]

Related Documents:

A.    Order Granting in Part and Adjourning Debtors Thirteenth Omnibus Motion for Entry of an Order Authorizing the Rejection of Certain Unexpired Leases and Executory Contracts [Docket No. 2950]

Status: This matter has been adjourned to May 13, 2010 at 9:45 a.m.

91.    Amended Motion of Air Products and Chemicals, Inc. and Air Products LLC for Allowance of Administrative Expense [Docket No. 3072; Original Motion Docket No. 1327]

Response Deadline: January 5, 2010 at 4:00 p.m.

Responses Received: None

Related Documents: None

Status: This matter has been adjourned to a date to be determined.

92.    Debtor Lyondell Chemical Company's Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of FLTG, Inc. (Proof of Claim No. 7986) [Docket No. 2613]

Response Deadline: October 14, 2009 at 5:00 p.m.

Responses Received:

A.    Response of FLTG, Inc. to Debtor Lyondell Chemical Company's Objection Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Claim of FLTG, Inc. (Proof of Claim No. 7986) [Docket No. 3008]

Related Documents:

A.    Memorandum in Support of Debtors' Objections Pursuant to Section 502(e)(1)(B) of the Bankruptcy Code to Certain Creditors' Proofs of Claim [Docket No. 2689]

B.    Reply Memorandum of Debtors' in Support of Objections to Certain Creditors' Proofs of Claims [Docket No. 3298]

C.    Stipulation Conditionally Resolving Debtors' Motion for Disallowance of Proof of Claim No. 7986 Filed by FLTG, Inc. [submitted to the Court]

Status: This has been adjourned to May 13, 2010 at 9:45 a.m.

Dated: New York, New York
       April 14, 2010

                              CADWALADER, WICKERSHAM & TAFT LLP


                              */s/ Christopher R. Mirickt*
                              George A. Davis, Esq.
                              Andrew M. Troop, Esq.
                              Christopher R. Mirick, Esq.
                              One World Financial Center
                              New York, New York  10281
                              Telephone:  (212) 504-6000
                              Facsimile:  (212) 504-6666
                              george.davis@cwt.com
                              andrew.troop@cwt.com
                              christopher.mirick@cwt.com

                              and

                              Mark C. Ellenberg, Esq.
                              Peter Friedman, Esq.
                              700 Sixth Street, N.W.
                              Washington, D.C.  20001
                              Telephone:  (202) 862-2200
                              Facsimile:  (202) 862-2400
                              mark.ellenberg@cwt.com
                              peter.friedman@cwt.com

                              Attorneys for Lyondell Chemical Company, et al.