# K&L|GATES

K&L Gates LLP
A Delaware limited liability partnership
One Newark Center, Tenth Floor
Newark, NJ 07102-5285

T 973.848.4000    www.klgates.com

William H. Hyatt, Jr.
D: 973.848.4045
F: 973.848.4001
william.hyatt@klgates.com

## NOTICE OF CHANGE OF ADDRESS

June 28, 2011

<u>Via Electronic and Overnight Mail</u>
Lyondell Chemical Company, et al
c/o Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Attn: Jessica Fink, Esq.

> RE: Lower Passaic River Study Area Cooperating Parties Group a.k.a.
> LPRSA Site Cooperating Parties Proof of Claim 12633 allowed against
> <u>Millennium Petrochemicals Inc, MHC Inc. and Equistar Chemicals, LP.</u>

Dear Ms. Fink:

Effective immediately, all future payments, remittances, and disbursements concerning above-referenced claims should be sent to the following address:

DE MAXIMIS, INC.
450 Montbrook Lane
Knoxville, TN 37919-2705
Attn: R. Thomas Dorsey
865-691-5052
865-691-9835 (fax)

With Copy to:
Dover Master Fund II, L.P.
c/o Longacre Management, LLC
810 Seventh Ave, Floor 33
New York, NY 10019
Attn: Vladimir Jelisavcic
(212) 259-4305  fax: (212) 259-4343

You are hereby directed to send all future distributions and correspondence to the address stated above. This change of address should also be reflected on the records and website for the claims agent Epiq Bankruptcy Solutions, LLC.

Very truly yours,

William H. Hyatt, Jr.
Coordinating Counsel
Lower Passaic River Study Area
Cooperating Parties Group

Anthony P. La Rocco, Administrative Partner, New Jersey

**K&L|GATES**

Lyondell Chemical Company, et al
c/o Cadwalader, Wickersham & Taft LLP
June 28, 2011
Page 2

cc:  Lyondell Chemical Company, et al. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station
P.O. Box 5013
New York, NY 10150-5013