# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Lyondell Chemical Co., et. al.) | Case No. 09-10023 |
| Debtors | |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that **Road Machinery & Supplies Co/RMS.**, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register, claim number 2664), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
Road Machinery & Supplies Co/RMS
PO Box 86 SDS 12-1728
Minneapolis, MN 55486-1728

New Address
Road Machinery & Supplies Co/RMS
c/o Bradford Capital Advisors, LLC
11 Bradford Avenue
Passaic, NJ 07055

I declare that the foregoing is true and correct.

Authorized Signatory for:

Road Machinery & Supplies Co/RMS
By: _[signature]_
Title: Mgr - Credit & Finance
Date: 9/9/15