UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                                Chapter 11

Lyondell Chemical Co., et. al.)                                       Case No. 09-10023

                    Debtors

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that **Magal Senstar Inc.**, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
Magal Senstar Inc.
43180 Osgood Road
Fremont, CA 94539

New Address
Magal Senstar Inc.
c/o Bradford Capital Advisors, LLC
11 Bradford Avenue
Passaic, NJ 07055

Additional Former Address
Senstar Inc.
13800 Coppermine Road, Level 2
Herndon, VA 20171-3247

I declare that the foregoing is true and correct.

Authorized Signatory for:

**Magal Senstar Inc.**
By: _William Morphet_
Title: _V.P. Finance_
Date: _Sept 9/15_