# **EXHIBIT A**

## **Exhibit A**

| Resolution Type | Count | Filed Secured | Filed Admin | Filed Priority | Filed Unsecured | Filed Total |
|---|---|---|---|---|---|---|
| Withdrawn Claims | 269648 | $42.15 | $22.06 | $268.10 | $959.32 | $1,284.66 |
| Resolved via Omnibus Objection | 5784 | $5,818.92 | $70.83 | $64.74 | $4,765.99 | $10,696.05 |
| Resolved via the POR | 58 | $21,325.62 | $797.70 | $0.00 | $336.41 | $22,459.74 |
| Resolved via Settlement/Stipulation | 4559 | $947.31 | $115.46 | $24.37 | $6,608.38 | $7,677.68 |
| Allowed as Filed | 1173 | $3.07 | $1.44 | $1.16 | $75.15 | $80.83 |
| | *281222* | *$28,137.07* | *$1,007.51* | *$358.38* | *$12,745.25* | *$42,198.95* |

*In ($)Millions
** Time Period: Bankruptcy Filing to 2/3/2017

## **Exhibit A**

| Resolution Type | Count | Filed Secured | Filed Admin | Filed Priority | Filed Unsecured | Filed Total |
|---|---|---|---|---|---|---|
| | 0 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | *0* | *$0.00* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |

*In ($)Millions

** Time Period: 11/9/2016 to 2/3/2017

# **EXHIBIT B**

|    | Case No. | Completed Case Debtor | Date Final Decree Entered | Docket No. |
|----|----------|-----------------------|---------------------------|------------|
| 1  | 09-10033 | Basell USA Inc. | 12/17/2012 | 12 |
| 2  | 09-12940 | Basell Capital Corporation | 12/17/2012 | 7 |
| 3  | 09-10021 | Basell Finance USA Inc. | 12/17/2012 | 6 |
| 4  | 09-10048 | Basell Germany Holdings GmbH | 12/17/2012 | 6 |
| 5  | 09-12942 | Basell Impact Holding Company | 12/19/2012 | 7 |
| 6  | 09-10034 | Basell North America Inc. | 12/19/2012 | 6 |
| 7  | 09-12943 | Equistar Bayport, LLC | 12/19/2012 | 7 |
| 8  | 09-10036 | Equistar Chemicals, LP | 12/19/2012 | 31 |
| 9  | 09-10038 | Houston Refining LP | 12/19/2012 | 9 |
| 10 | 09-10045 | LBI Acquisition LLC | 12/19/2012 | 6 |
| 11 | 09-10025 | LBIH LLC | 12/26/2012 | 6 |
| 12 | 09-10067 | Lyondell (Pelican) Petrochemical L.P. 1, Inc. | 12/26/2012 | 7 |
| 13 | 09-10050 | Lyondell Asia Pacific, Ltd. | 12/26/2012 | 6 |
| 14 | 09-12949 | Lyondell Bayport, LLC | 12/26/2012 | 7 |
| 15 | 09-10051 | Lyondell Chemical Delaware Company | 12/26/2012 | 7 |
| 16 | 09-10052 | Lyondell Chemical Espana Co. | 12/26/2012 | 6 |
| 17 | 09-10053 | Lyondell Chemical Europe, Inc. | 12/28/2012 | 6 |
| 18 | 09-12950 | Lyondell Chemical Holding Company | 12/28/2012 | 7 |
| 19 | 09-10054 | Lyondell Chemical International Co. | 12/28/2012 | 6 |
| 20 | 09-10055 | Lyondell Chemical Nederland, Ltd. | 12/28/2012 | 6 |
| 21 | 09-10056 | Lyondell Chemical Products Europe, LLC | 12/28/2012 | 6 |
| 22 | 09-10057 | Lyondell Chemical Properties, L.P. | 12/28/2012 | 6 |
| 23 | 09-10101 | Lyondell Chemical Technology 1 Inc. | 12/28/2012 | 6 |
| 24 | 09-10058 | Lyondell Chemical Technology Management, | 12/28/2012 | 6 |
| 25 | 09-10059 | Lyondell Chemical Technology, L.P. | 12/28/2012 | 6 |
| 26 | 09-12952 | Lyondell Chemical Wilmington, Inc. | 12/28/2012 | 7 |
| 27 | 09-10060 | Lyondell Chimie France LLC | 12/28/2012 | 6 |
| 28 | 09-10026 | Lyondell Europe Holdings Inc. | 12/28/2012 | 6 |
| 29 | 09-12945 | Lyondell General Methanol Company | 12/28/2012 | 7 |
| 30 | 09-10061 | Lyondell Greater China, Ltd. | 12/28/2012 | 6 |
| 31 | 09-10028 | Lyondell Houston Refinery Inc. | 12/28/2012 | 6 |
| 32 | 09-12947 | Lyondell Intermediate Holding Company | 12/28/2012 | 7 |
| 33 | 09-10062 | Lyondell LP3 GP, LLC | 12/28/2012 | 6 |
| 34 | 09-10063 | Lyondell LP3 Partners, LP | 12/28/2012 | 6 |
| 35 | 09-10029 | Lyondell LP4 Inc. | 12/28/2012 | 7 |
| 36 | 09-10030 | Lyondell Petrochemical L.P. Inc. | 12/28/2012 | 7 |
| 37 | 09-10064 | Lyondell Refining Company LLC | 12/28/2012 | 6 |
| 38 | 09-10094 | Lyondell Refining I LLC | 12/28/2012 | 6 |
| 39 | 09-10065 | LyondellBasell Advanced Polyolefins USA Inc. | 12/28/2012 | 10 |
| 40 | 09-12519 | LyondellBasell AF GP S.à.r.l. | 12/28/2012 | 9 |
| 41 | 09-10066 | LyondellBasell Finance Company | 12/28/2012 | 6 |
| 42 | 09-12518 | LyondellBasell Industries AF S.C.A. | 12/28/2012 | 12 |
| 43 | 09-10072 | Lyondell-Equistar Holdings Partners | 12/28/2012 | 6 |
| 44 | 09-10080 | Nell Acquisition (US) LLC | 12/28/2012 | 6 |
| 45 | 09-10032 | Circle Steel Corporation | 6/24/2013 | 8 |
| 46 | 09-12956 | Equistar Funding Corporation | 6/24/2013 | 9 |
| 47 | 09-10037 | Glidco Leasing Inc. | 6/24/2013 | 8 |
| 48 | 09-10040 | Glidden Latin America Holdings | 6/24/2013 | 10 |
| 49 | 09-10039 | H.W. Loud Company | 6/24/2013 | 8 |
| 50 | 09-10043 | HPT 29 Inc. | 6/24/2013 | 8 |
| 51 | 09-10044 | ISB Liquidating Company | 6/24/2013 | 8 |
| 52 | 09-12953 | LPC Partners Inc. | 6/24/2013 | 9 |

09-10023-cgm    Doc 7507-1    Filed 02/08/17    Entered 02/08/17 14:52:40    Exhibit
Exhibits A thru C    Pg 6 of 8

| | | | | |
|---|---|---|---|---|
| 53 | 09-10100 | Millennium Petrochemicals LP LLC | 6/24/2013 | 8 |
| 54 | 09-10099 | Millennium Petrochemicals Partners, LP | 6/24/2013 | 8 |
| 55 | 09-10077 | Millennium Realty Inc. | 6/24/2013 | 8 |
| 56 | 09-10096 | MWH South America LLC | 6/24/2013 | 8 |
| 57 | 09-10079 | NDCC International II | 6/24/2013 | 8 |
| 58 | 09-10081 | Penn Export Company, Inc. | 6/24/2013 | 8 |
| 59 | 09-10082 | Penn Navigation Company | 6/24/2013 | 8 |
| 60 | 09-10095 | Penntrans Company | 6/24/2013 | 7 |
| 61 | 09-10103 | PH Burbank Holdings, Inc. | 6/24/2013 | 7 |
| 62 | 09-10083 | Quantum Acceptance Corp. | 6/24/2013 | 8 |
| 63 | 09-12951 | Quantum Pipeline Company | 6/24/2013 | 8 |
| 64 | 09-12955 | SCM Chemicals Inc. | 6/24/2013 | 8 |
| 65 | 09-10102 | SCM Plants Inc. | 6/24/2013 | 7 |
| 66 | 09-10087 | Tiona, Ltd. | 6/24/2013 | 9 |
| 67 | 09-10088 | UAR Liquidating Inc. | 6/24/2013 | 7 |
| 68 | 09-10090 | USI Credit Corp. | 6/24/2013 | 7 |
| 69 | 09-10091 | USI Puerto Rico Properties, Inc. | 6/24/2013 | 7 |
| 70 | 09-12944 | Equistar Polypropylene, LLC | 12/30/2014 | 7 |
| 71 | 09-10049 | Equistar Transportation Company, LLC | 12/30/2014 | 5 |
| 72 | 09-10022 | HOISU Ltd. | 12/30/2014 | 5 |
| 73 | 09-10047 | IMWA Equities II, Co., L.P. | 12/30/2014 | 6 |
| 74 | 09-10027 | LeMean Property Holdings Corp. | 12/30/2014 | 6 |
| 75 | 09-10070 | Millennium Petrochemicals GP LLC | 12/30/2014 | 5 |
| 76 | 09-10069 | Millennium Petrochemicals Inc. | 12/30/2014 | 9 |
| 77 | 09-10076 | Millennium Specialty Chemicals Inc. | 12/30/2014 | 6 |
| 78 | 09-10078 | National Distillers & Chemical Corporation | 12/30/2014 | 6 |
| 79 | 09-10084 | Power Liquidating Company, Inc. | 12/30/2014 | 5 |
| 80 | 09-10093 | Wyatt Industries, Inc. | 12/30/2014 | 5 |
| 81 | 09-10042 | HPT 28 Inc. | 12/30/2014 | 5 |
| 82 | 09-10085 | Penn Shipping Company Inc. | 12/30/2014 | 5 |
| 83 | 09-10086 | Suburban Propane GP, Inc. | 12/30/2014 | 6 |
| 84 | 09-10089 | USI Chemicals International Inc. | 12/30/2014 | 5 |
| 85 | 09-10092 | Walter Kidde & Company, Inc. | 12/30/2014 | 5 |
| 86 | 09-10035 | Duke City Lumber Co. | 12/30/2014 | 6 |

# **EXHIBIT C**

**In re Lyondell Chemical Company, et al.,**

Case No. (Jointly Administered): 09-10023 (REG)
Reporting Period: December 31, 2016
Federal Tax I.D. #: 95-4160558

## Schedule of Disbursements

( In Thousands)

TIME PERIOD: 10/01/16 - 12/31/16

| Debtor | Case Number | Disbursements | Entity |
|---|---|---|---|
| Circle Steel Corporation | 09-10032 (REG) | $ - | MCH Trust |
| Duke City Lumber Co. | 09-10035 (REG) | - | MCH Trust |
| Equistar Funding Corporation | 09-12956 (REG) | - | MCH Trust |
| Equistar Polypropylene, LLC | 09-12944 (REG) | - | MCH Trust |
| Equistar Transportation Company, LLC | 09-10049 (REG) | - | MCH Trust |
| Glidco Leasing Inc. | 09-10037 (REG) | - | MCH Trust |
| Glidden Latin America Holdings | 09-10040 (REG) | - | MCH Trust |
| HOISU Ltd. | 09-10022 (REG) | - | MCH Trust |
| HPT 28 Inc. | 09-10042 (REG) | - | MCH Trust |
| HPT 29 Inc. | 09-10043 (REG) | - | MCH Trust |
| HW Loud Company | 09-10039 (REG) | - | MCH Trust |
| IMWA Equities II, Co., L.P. | 09-10047 (REG) | - | MCH Trust |
| ISB Liquidating Company | 09-10044 (REG) | - | MCH Trust |
| LeMean Property Holdings Corp. | 09-10027 (REG) | - | MCH Trust |
| LPC Partners Inc. | 09-12953 (REG) | - | MCH Trust |
| Lyondell Chemical Company | 09-10023 (REG) | 1,014,846 | LYB |
| MHC Inc. | 09-10073 (REG) | - | MCH Trust |
| Millennium America Holdings Inc. | 09-10074 (REG) | - | MCH Trust |
| Millennium America Inc. | 09-10031 (REG) | - | MCH Trust |
| Millennium Chemicals Inc. | 09-10075 (REG) | - | MCH Trust |
| Millennium Holdings, LLC | 09-10071 (REG) | - | MCH Trust |
| Millennium Petrochemicals GP LLC | 09-10070 (REG) | - | MCH Trust |
| Millennium Petrochemicals Inc.(Virginia) | 09-10069 (REG) | - | MCH Trust |
| Millennium Petrochemicals LP LLC | 09-10100 (REG) | - | MCH Trust |
| Millennium Petrochemicals Partners, LP | 09-10099 (REG) | - | MCH Trust |
| Millennium Realty Inc. | 09-10077 (REG) | - | MCH Trust |
| Millennium Specialty Chemicals Inc. | 09-10076 (REG) | - | MCH Trust |
| Millennium US Op Co LLC | 09-10098 (REG) | - | MCH Trust |
| Millennium Worldwide Holdings I Inc. | 09-10097 (REG) | - | MCH Trust |
| MWH South America LLC | 09-10096 (REG) | - | MCH Trust |
| National Distillers & Chemical Corporation | 09-10078 (REG) | - | MCH Trust |
| NDCC International II | 09-10079 (REG) | - | MCH Trust |
| Penn Export Company, Inc. | 09-10081 (REG) | - | MCH Trust |
| Penn Navigation Company | 09-10082 (REG) | - | MCH Trust |
| Penn Shipping Company Inc. | 09-10085 (REG) | - | MCH Trust |
| Penntrans Company | 09-10095 (REG) | - | MCH Trust |
| PH Burbank Holdings, Inc. | 09-10103 (REG) | - | MCH Trust |
| Power Liquidating Company, Inc. | 09-10084 (REG) | - | MCH Trust |
| Quantum Acceptance Corporation | 09-10083 (REG) | - | MCH Trust |
| Quantum Pipeline Company | 09-12951 (REG) | - | MCH Trust |
| SCM Chemicals Inc. | 09-12955 (REG) | - | MCH Trust |
| SMC Plants Inc. | 09-10102 (REG) | - | MCH Trust |
| Suburban Propane GP, Inc. | 09-10086 (REG) | - | MCH Trust |
| Tiona, Ltd. | 09-10087 (REG) | - | MCH Trust |
| UAR Liquidating Inc. | 09-10088 (REG) | - | MCH Trust |
| USI Chemicals International Inc. | 09-10089 (REG) | - | MCH Trust |
| USI Credit Corp. | 09-10090 (REG) | - | MCH Trust |
| USI Puerto Rico Properties, Inc. | 09-10091 (REG) | - | MCH Trust |
| Walter Kidde & Company, Inc. | 09-10092 (REG) | - | MCH Trust |
| Wyatt Industries, Inc. | 09-10093 (REG) | - | MCH Trust |
| | | $ 1,014,846 | |