# **<u>EXHIBIT C</u>**

**In re Lyondell Chemical Company, et al.,**

| | Case No. (Jointly Administered) | 09-10023 (REG) |
|---|---|---|
| | Reporting Period: | December 31, 2017 |
| | Federal Tax I.D. # | 95-4160558 |

## Schedule of Disbursements

*( In Thousands)*

**TIME PERIOD: 10/01/17 - 12/31/17**

| Debtor | Case Number | Disbursements | Entity |
|---|---|---:|---|
| Circle Steel Corporation | 09-10032 (REG) | $ - | MCH Trust |
| Duke City Lumber Co. | 09-10035 (REG) | - | MCH Trust |
| Equistar Funding Corporation | 09-12956 (REG) | - | MCH Trust |
| Equistar Polypropylene, LLC | 09-12944 (REG) | - | MCH Trust |
| Equistar Transportation Company, LLC | 09-10049 (REG) | - | MCH Trust |
| Glidco Leasing Inc. | 09-10037 (REG) | - | MCH Trust |
| Glidden Latin America Holdings | 09-10040 (REG) | - | MCH Trust |
| HOISU Ltd. | 09-10022 (REG) | - | MCH Trust |
| HPT 28 Inc. | 09-10042 (REG) | - | MCH Trust |
| HPT 29 Inc. | 09-10043 (REG) | - | MCH Trust |
| HW Loud Company | 09-10039 (REG) | - | MCH Trust |
| IMWA Equities II, Co., L.P. | 09-10047 (REG) | - | MCH Trust |
| ISB Liquidating Company | 09-10044 (REG) | - | MCH Trust |
| LeMean Property Holdings Corp. | 09-10027 (REG) | - | MCH Trust |
| LPC Partners Inc. | 09-12953 (REG) | - | MCH Trust |
| Lyondell Chemical Company | 09-10023 (REG) | 1,277,770 | LYB |
| MHC Inc. | 09-10073 (REG) | - | MCH Trust |
| Millennium America Holdings Inc. | 09-10074 (REG) | - | MCH Trust |
| Millennium America Inc. | 09-10031 (REG) | - | MCH Trust |
| Millennium Chemicals Inc. | 09-10075 (REG) | - | MCH Trust |
| Millennium Holdings, LLC | 09-10071 (REG) | - | MCH Trust |
| Millennium Petrochemicals GP LLC | 09-10070 (REG) | - | MCH Trust |
| Millennium Petrochemicals Inc.(Virginia) | 09-10069 (REG) | - | MCH Trust |
| Millennium Petrochemicals LP LLC | 09-10100 (REG) | - | MCH Trust |
| Millennium Petrochemicals Partners, LP | 09-10099 (REG) | - | MCH Trust |
| Millennium Realty Inc. | 09-10077 (REG) | - | MCH Trust |
| Millennium Specialty Chemicals Inc. | 09-10076 (REG) | - | MCH Trust |
| Millennium US Op Co LLC | 09-10098 (REG) | - | MCH Trust |
| Millennium Worldwide Holdings I Inc. | 09-10097 (REG) | - | MCH Trust |
| MWH South America LLC | 09-10096 (REG) | - | MCH Trust |
| National Distillers & Chemical Corporation | 09-10078 (REG) | - | MCH Trust |
| NDCC International II | 09-10079 (REG) | - | MCH Trust |
| Penn Export Company, Inc. | 09-10081 (REG) | - | MCH Trust |
| Penn Navigation Company | 09-10082 (REG) | - | MCH Trust |
| Penn Shipping Company Inc. | 09-10085 (REG) | - | MCH Trust |
| Penntrans Company | 09-10095 (REG) | - | MCH Trust |
| PH Burbank Holdings, Inc. | 09-10103 (REG) | - | MCH Trust |
| Power Liquidating Company, Inc. | 09-10084 (REG) | - | MCH Trust |
| Quantum Acceptance Corporation | 09-10083 (REG) | - | MCH Trust |
| Quantum Pipeline Company | 09-12951 (REG) | - | MCH Trust |
| SCM Chemicals Inc. | 09-12955 (REG) | - | MCH Trust |
| SMC Plants Inc. | 09-10102 (REG) | - | MCH Trust |
| Suburban Propane GP, Inc. | 09-10086 (REG) | - | MCH Trust |
| Tiona, Ltd. | 09-10087 (REG) | - | MCH Trust |
| UAR Liquidating Inc. | 09-10088 (REG) | - | MCH Trust |
| USI Chemicals International Inc. | 09-10089 (REG) | - | MCH Trust |
| USI Credit Corp. | 09-10090 (REG) | - | MCH Trust |
| USI Puerto Rico Properties, Inc. | 09-10091 (REG) | - | MCH Trust |
| Walter Kidde & Company, Inc. | 09-10092 (REG) | - | MCH Trust |
| Wyatt Industries, Inc. | 09-10093 (REG) | - | MCH Trust |
| | | $ 1,277,770 | |