**Hearing Date: July 23 2018 at 10:00 A.M. (prevailing Eastern Time)**
**Response Deadline: July 16, 2018 at 5:00 P.M. (prevailing Eastern Time)**

Andrew M. Troop, Esq.
Samuel S. Cavior, Esq.
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, New York 10036
Telephone: (212) 858-1000
Facsimile: (212) 858-1500

*Attorneys for the Reorganized Debtors and the Millennium Custodial Trust*

Steven D. Pohl, Esq.
Brian T. Rice, Esq.
BROWN RUDNICK LLP
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

*Attorneys for the Creditor Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Chapter 11** |
| **LYONDELL CHEMICAL COMPANY, et al.,** | : | **Case No. 09-10023 (MG)** |
| | : | **Jointly Administered** |
| **Post-Confirmation Debtors.** | : | |

**NOTICE OF HEARING ON MOTION OF THE REORGANIZED DEBTORS, MILLENNIUM CUSTODIAL TRUST AND CREDITOR REPRESENTATIVE FOR AN ORDER CONFIRMING ALLOCATION OF UNCLAIMED DISTRIBUTIONS AND REQUIRING THE TURNOVER OF CERTAIN DISTRIBUTIONS INADVERTENTLY ESCHEATED TO VARIOUS STATES**

PLEASE TAKE NOTICE that a hearing to consider the relief requested in the *Motion of the Reorganized Debtors, Millennium Custodial Trust and Creditor Representative for an Order Confirming Allocation of Unclaimed Distributions and Requiring the Turnover of Certain*

*Distributions Inadvertently Escheated to Various States* (the "**Motion**"), filed by Lyondell Chemical Company and certain of its subsidiaries and affiliates, as reorganized debtors (collectively, the "**Reorganized Debtors**") shall be held before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 523, One Bowling Green, New York, New York 10004, on **July 23, 2018 at 10:00 A.M. (Prevailing Eastern Time)**, or as soon thereafter as counsel may be heard (the "**Hearing**").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion and the relief requested therein shall be made in writing, shall state with particularity the grounds therefor, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242, as amended by General Order M-269, by registered users of the Bankruptcy Court's electronic case-filing system, and by all other parties in interest, on a 3.5-inch disk or CD-ROM, preferably in Portable Document Format (PDF), Word Perfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), and served on the following so as to be actually received no later than **July 16, 2018 at 5:00 P.M. (Prevailing Eastern Time)**:

| | |
|---|---|
| *Attorneys for the Reorganized Debtors and the Millennium Custodial Trust* | Andrew M. Troop, Esq.<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>1540 Broadway<br>New York, New York 10036 |
| *Attorneys for the Creditor Representative* | Steven D. Pohl, Esq.<br>Brian T. Rice, Esq.<br>BROWN RUDNICK LLP<br>One Financial Center<br>Boston, Massachusetts 02111 |

*Attorneys for the United States Trustee*

Andrea Beth Schwartz
Paul Kenan Schwartzberg
U.S. Department of Justice
Office of the U.S. Trustee
U.S. Federal Building
201 Varick Street, Room 1006
New York, NY 10014

PLEASE TAKE FURTHER NOTICE that the moving and any objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied on default.

PLEASE TAKE FURTHER NOTICE that the Reorganized Debtors have established a hotline at (888) 369-6599 to answer questions about unclaimed accounts or dividends as described in the Motion. Calling the hotline will **not** substitute for the timely filing of a written objection to the Motion, and **no** legal advice will be given or representations made over the hotline.

Dated: New York, New York
June 8, 2018

PILLSBURY WINTHROP SHAW PITTMAN LLP

*/s/ Andrew M. Troop*
Andrew M. Troop, Esq.
Samuel S. Cavior, Esq.
1540 Broadway
New York, New York 10036
Telephone: (212) 858-1000
Facsimile: (212) 858-1500
andrew.troop@pillsburylaw.com
samuel.cavior@pillsburylaw.com
*Attorneys for the Reorganized Debtors and the Millennium Custodial Trust*

BROWN RUDNICK LLP

*/s/ Steven D. Pohl*
Steven D. Pohl, Esq.
Brian T. Rice, Esq.
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
spohl@brownrudnick.com
brice@brownrudnick.com
*Attorneys for the Creditor Representative*