William T. Reid, IV
REID COLLINS & TSAI LLP
810 Seventh Avenue, Suite 410
New York, NY 10019
Tel: 212.344.5200
wreid@rctlegal.com

*Counsel to Mark E. Holliday, successor Trustee of the LB Litigation Trust and the LB Creditor Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LYONDELL CHEMICAL COMPANY, *et al.*,<br><br>Debtors. | Case No. 09-10023 (MG)<br><br>Chapter 11<br><br>(Jointly Administered) |

**NOTICE OF REMOVAL AND APPOINTMENT OF SUCCESSOR TRUSTEE FOR THE LB LITIGATION TRUST AND LB CREDITOR TRUST**

On May 3, 2019, the Trust Advisory Board (the "**TAB**") of the LB Litigation Trust and LB Creditor Trust (collectively, the "**Trusts**"), after consultation with the undersigned counsel, pursuant to section 5.4 of the LB Litigation Trust Agreement and section 5.4 of the LB Creditor Trust Agreement removed Mr. Edward Weisfelner as Trustee of the Trusts. On May 3, 2019, the TAB, on behalf of the Trusts, appointed Mr. Mark E. Holliday as the successor Trustee.

The TAB removed Mr. Weisfelner as Trustee because the TAB believed, after consultation with and advice from its co-counsel, Reid Collins & Tsai LLP and Judge Leif M. Clark, a former bankruptcy judge, that the LB Litigation Trust (the "**Litigation Trust**") has meritorious legal malpractice and related claims against Brown Rudnick LLP, former counsel to

the Trusts.[1] These claims arise out of Brown Rudnick's unsuccessful prosecution of the $300 million preference claim in *Weisfelner v. Blavatnik (In re Lyondell Chemical Co.)*. The Litigation Trust lost the $300 million preference claim because Brown Rudnick negligently failed to establish that Lyondell Chemical Co. was insolvent on the date of the preferential transfers at issue.

Mr. Weisfelner, a Brown Rudnick partner, was not in a position either to evaluate or pursue the Litigation Trust's malpractice claims against Brown Rudnick. The TAB, therefore, removed Mr. Weisfelner and appointed Mr. Holliday as the successor Trustee to pursue claims against Brown Rudnick for the damages suffered by the Litigation Trust.

The TAB and Mr. Holliday, through the undersigned counsel, have requested that Mr. Weisfelner, in accordance with his fiduciary duties and obligations under the LB Litigation Trust Agreement and LB Creditor Trust Agreement, deliver all the Trusts' records and documents to Mr. Holliday in his capacity as successor Trustee. To date, Mr. Weisfelner has not responded to such requests.

Dated: June 3, 2019

Respectfully submitted,

/s/ *William T. Reid, IV*

William T. Reid, IV
REID COLLINS & TSAI LLP
810 Seventh Avenue, Suite 410
New York, NY 10019
Tel: 212.344.5200
wreid@rctlegal.com

*Counsel to Mark E. Holliday, successor Trustee of the LB Litigation Trust and the LB Creditor Trust*

[1] The TAB investigated the Litigation Trust's claim after it was presented with an offer to purchase the Litigation Trust's rights to malpractice claims against Brown Rudnick.