**Presentment Date and Time: October 17, 2019 12:00 p.m. (Prevailing Eastern Time)**
**Objection Deadline: October 10, 2019 4:00 p.m. (Prevailing Eastern Time)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| MILLENNIUM CHEMICALS, INC., *et al.*, | : | Case No. 09-10023 (MG) |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF PRESENTMENT OF MOTION FOR ENTRY OF ORDER AUTHORIZING CLERK'S OFFICE TO DISPOSE OF ANY HARD COPIES OF, OR ELECTRONIC STORAGE DEVICES WITH, DOCUMENTS FILED UNDER SEAL**

**PLEASE TAKE NOTICE** that, on **October 17, 2019 at 12:00 p.m. (Prevailing Eastern Time)**, the former debtors and debtors in possession (the "**Debtors**") in the above-captioned, and related chapter 11 cases, will present the annexed *Motion for Entry of Order Authorizing Clerk's Office to Dispose of Any Hard Copies or Electronic Storage Devices with Documents Filed Under Seal* (the "**Motion**") to the Honorable Martin Glenn of the United States Bankruptcy Court for the Southern District of New York (the "Court") for approval, by entry of an order substantially in the form attached to the Motion as Exhibit C.

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Motion and the relief requested therein, if any, shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall set forth the basis for the response or objection and the specific grounds therefor, and shall be filed with the Court electronically in accordance with General Order M-399 by registered users of the Court's case filing system, with a hard copy delivered directly to chambers and

served so as to be actually received by (a) the undersigned counsel for the Debtors and (b) the Office of the United States Trustee no later than **October 10, 2019 at 4:00 p.m. (Prevailing Eastern Time)** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no objections are received by the Objection Deadline, the requested relief in the Motion may be granted without further notice or a hearing. If an objection is filed timely, a hearing will be scheduled, you will be notified of the hearing, and objecting parties will be required to attend the hearing or the Motion may be entered on default.

Dated: September 26, 2019
New York, New York

*/s/ Andrew M. Troop*
PILLSBURY WINTHROP SHAW PITTMAN LLP
Andrew M. Troop
31 West 52nd Street
New York, New York 10019
Telephone: (212) 858-1000
Facsimile: (212) 858-1500
andrew.troop@pillsburylaw.com

*Counsel to the (Former) Debtors and Debtors in Possession*

PILLSBURY WINTHROP SHAW PITTMAN LLP
Andrew M. Troop
31 West 52nd Street
New York, New York 10019
Telephone: (212) 858-1000
Facsimile: (212) 858-1500

*Counsel to (Former) Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| MILLENNIUM CHEMICALS, INC., *et al.*, : | : | Case No. 09-10075 (MG) |
| Debtors. | : | (Jointly Administered) |

**MOTION FOR ENTRY OF ORDER AUTHORIZING CLERK'S OFFICE TO DISPOSE OF ANY HARD COPIES OF, OR ELECTRONIC STORAGE DEVICES WITH, DOCUMENTS FILED UNDER SEAL**

By this motion (the "**Motion**"), Millennium Chemicals, Inc. ("**MCI**"), for itself and its former affiliated debtors and debtors in possession (collectively, the "**Debtors**"), requests that this Court authorize the Clerk's Office to dispose of any hard copies of, or electronic storage devices with, documents filed under seal in the Debtors' chapter 11 cases and related adversary proceedings (the "**Sealed Documents**"). In support of the Motion, the Debtors represent as follows:

## JURISDICTION

1. The Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The bases for the relief requested herein are 11 U.S.C. §§ 105(a) and 107(b) and Fed. R. Bankr. P. 9018 and 9037.

## BACKGROUND

3. Commencing on January 6, 2009, the Debtors filed voluntary cases under chapter 11 of the Bankruptcy Code in this Court. The Debtors cases were originally jointly administered under the lead case, *Lyondell Chemical* Company, Case No. 09-10023. The Debtors confirmed a joint chapter 11 plan of reorganization (the "**Plan**") on April 23, 2010, which by its terms became effective on April 30, 2010. A listing of the Debtors and their respective case numbers is attached as **Exhibit A**.

4. Both before and after confirmation of the Plan, the Debtors and other parties in interest sought, and obtained, permission to file documents, or submit electronic copies of documents, under seal pursuant to section 107(b) of the Bankruptcy Code. These orders were entered in the main chapter 11 case(s) and in related adversary proceedings. Attached as **Exhibit B** is a listing of (a) the adversary proceedings in which documents were filed under seal pursuant to an order of this Court, and (b) a listing of the parties that made requests to file under seal whether in a Debtor chapter 11 case or an adversary proceeding.

5. Given the time required to resolve claims, liquidate assets and resolve the various adversary proceedings relating to the Debtors, final decrees for the Debtors' cases were entered over time. On August 28, 2018, the Court entered a final decree with respect to the lead case of *Lyondell Chemical Company*, which, among other things, made the above-captioned case for MCI the lead case for the remaining open Debtor cases [Case No. 09-10073, Dkt. No. 10]. On November 27, 2018, the Court entered final decrees closing the MCI case and any not-previously closed Debtor case as all open matters, including all adversary proceedings, relating to the Debtors were concluded [*see, e.g.*, Case No. 09-10075, Dkt. No. 14].

## RELIEF REQUESTED

6. Because all matters in the Debtors' cases and related adversary proceedings have been resolved, and final decrees entered for all the Debtors' cases, there is no reason for the Clerk's office to be required to maintain the Sealed Documents.

7. Accordingly, pursuant to sections 105(a) and 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018, MCI requests that the Court enter an order, substantially in the form attached as **Exhibit C**, authorizing the Clerk to dispose of the Sealed Documents, whether filed in a Debtor chapter 11 case or related adversary proceeding, and directing the Clerk to do so in a way that does not compromise the protection of the Sealed Documents afforded by the prior orders of this court.

## NOTICE

8. The Debtors have provided notice of this motion to: (a) counsel for creditor trusts created by the Plan; (b) the Office of the United States Trustee, and (c) counsel for the parties who filed documents under seal in this matter as identified on Exhibit B.

## NO PRIOR REQUEST

9. No prior motion for the relief requested herein has been made to this Court or any other court.

## WAIVER OF MEMORANDUM OF LAW

10. In accordance with Local Bankruptcy Rule 9013-1(a) for the Southern District of New York, no separate memorandum of law is necessary as all authorities relied on in support of this Motion are set forth herein.

**WHEREFORE**, the Debtors respectfully request that the Court enter an order, substantially in the form attached as Exhibit C, (a) authorizing the Clerk's Office to dispose of

the Sealed Documents; and (b) granting such other and further relief as the Court deems appropriate.

Dated: September 26, 2019
New York, New York

*/s/ Andrew M. Troop*

PILLSBURY WINTHROP SHAW PITTMAN LLP
Andrew M. Troop
31 West 52nd Street
New York, New York 10019
Telephone: (212) 858-1000
Facsimile: (212) 858-1500
andrew.troop@pillsburylaw.com

*Counsel to the (Former) Debtors
and Debtors in Possession*

**Certificate of Service**

The undersigned certifies that on September 26, 2019, copies of this motion and its exhibits were served on the parties identified on the attached Exhibit D by first class mail.

*/s/ Andrew M. Troop*
Andrew M. Troop

# EXHIBIT A

# EXHIBIT A

Debtors and their respective case numbers

**Debtors and their respective case numbers:**

- Lyondell Chemical Company (Case No. 09-10023)
- Basell Finance USA Inc. (Case No. 09-10021)
- Basell Germany Holdings GmbH (Case No. 09-10048)
- Basell North America Inc. (Case No. 09-10034)
- Basell USA Inc. (Case No. 09-10033)
- Circle Steel Corporation (Case No. 09-10032)
- Duke City Lumber Company, Inc. (Case No. 09-10035)
- Equistar Chemicals, LP (Case No. 09-10036)
- Equistar Transportation Company, LLC (Case No. 09-10049)
- Glidco Leasing, Inc. (Case No. 09-10037)
- Glidden Latin America Holdings Inc. (Case No. 09-10040)
- Hoisu Ltd. (Case No. 09-10022)
- Houston Refining LP (Case No. 09-10038)
- HPT 28 Inc. (Case No. 09-10042)
- HPT 29 Inc. (Case No. 09-10043)
- H.W. Loud Co. (Case No. 09-10039)
- Imwa Equities II, Co., L.P. (Case No. 09-10047)
- ISB Liquidating Company (Case No. 09—10044)
- LBI Acquisition LLC (Case No. 09-10045)
- LBIH LLC (Case No. 09-10025)
- Lemean Property Holdings Corporation (Case No. 09-10027)
- Lyondell Asia Pacific, Ltd. (Case No. 09-10050)
- Lyondell (Pellican) Petrochemical L.P. 1, Inc. (Case No. 09-10067)
- Lyondell Chemical Delaware Company (Case No. 09-10051)
- Lyondell Chemical Espana Co. (Case No. 09-10052)
- Lyondell Chemical Europe, Inc. (Case No. 09-10053)
- Lyondell Chemical International Co., (Case No. 09-10054)
- Lyondell Chemical Nederland, Ltd. (Case No. 09-10055)
- Lyondell Chemical Products Europe, LLC (Case No. 09-10056)
- Lyondell Chemical Properties, L.P. (Case No. 09-10057)
- Lyondell Chemical Technology Management, Inc. (Case No. 09-10058)
- Lyondell Chemical Technology 1 Inc. (Case No. 09-10101)
- Lyondell Chemical Technology, L.P. (Case No. 09-10059)
- Lyondell Chimie France LLC (Case No. 09-10060)
- Lyondell-Equistar Holdings Partners (Case No. 09-10072)
- Lyondell Europe Holdings Inc. (Case No. 09-10026)
- Lyondell Greater China, Ltd. (Case No. 09-10061)
- Lyondell Houston Refinery Inc. (Case No. 09-10028)

- Lyondell LP3 GP, LLC (Case No. 09-10062)
- Lyondell LP3 Partners, LP (Case No. 09-10063)
- Lyondell LP4 Inc. (Case No. 09-10029)
- Lyondell Petrochemicals L.P. Inc. (Case No. 09-10030)
- Lyondell Refining Company LLC (Case No. 09-10064)
- Lyondell Refining I LLC (Case NO. 09-10094)
- LyondellBasell Advanced Polyolefins USA Inc. (Case No. 09-10065)
- LyondellBasell Finance Company (Case No. 09-10066)
- MHC Inc. (Case NO. 09-10073)
- Millennium America Holdings Inc. (Case No. 09-10074)
- Millennium America Inc. (Case No. 09-10031)
- Millennium Chemicals Inc. (Case No. 09-10075)
- Millennium Holdings, LLC (Case No. 09-10071)
- Millennium Petrochemicals GP LLC (Case No. 09-10070)
- Millennium Petrochemicals Inc. (Case No. 09-10069)
- Millennium Petrochemicals LP LLC (Case No. 09-10100)
- Millennium Petrochemicals Partners, LP (Case No. 09-10099)
- Millennium Realty Inc. (Case No. 09-10077)
- Millennium Specialty Chemicals Inc. (Case No. 09-10076)
- Millennium US OP Co LLC (Case No. 09-10098)
- Millennium Worldwide Holdings I Inc. (Case No. 09-10097)
- MWH South America LLC (Case No. 09-10096)
- National Distillers & Chemical Corporation (Case No. 09-10078)
- NDCC International II Inc. (Case No. 09-10079)
- Nella Acquisition (US) LLC (Case No. 09-10080)
- Penn Export Company, Inc. (Case No. 09-10081)
- Penn Navigation Company (Case No. 09-10082)
- Penn Shipping Company, Inc. (Case No. 09-10085)
- Penntrans Company (Case No. 09-10095)
- PH Burbank Holdings, Inc. (Case No. 09-10103)
- Power Liquidating Company, Inc. (Case No. 09-10084)
- Quantum Acceptance Corporation (Case No. 09-10083)
- SCM Plants, Inc. (Case No. 09-10102)
- Suburban Propane GP, Inc. (Case No. 09-10086)
- Tiona, Ltd. (Case No. 09-10087)
- UAR Liquidating Inc. (Case No. 09-10088)
- USI Chemicals International, Inc. (Case No. 09-10089)
- USI Credit Corp. (Case No. 09-10090)
- USI Puerto Rico Properties, Inc. (Case No. 09-10091)
- Walter Kidde & Company, Inc. (Case No. 09-10092)
- Wyatt Industries, Inc. (Case No. 09-10093)

# EXHIBIT B

# EXHIBIT B

List of adversary proceedings in which documents were filed under seal; and
Parties requesting the sealing of documents with counsel

**List of adversary proceedings in which documents were filed under seal:**

- Case No. 09-01038
- Case No. 09-01072
- Case No. 09-01375
- Case No. 09-01460
- Case No. 09-01504
- Case No. 10-02873
- Case No. 10-03218
- Case No. 10-05466
- Case No. 10-05525
- Case No. 12-01570

**Parties and Counsel:**

Margot B. Schonholtz
Ana M. Alfonso
H. Peter Haveles, Jr.
**KAYE SCHOLER LLP**
425 Park Avenue
New York, New York 10022
Tel: (212) 836-8000
Fax: (212) 836-8689

*Counsel to ABN-AMRO Bank N.V. and ABN ARO, Inc. in the adversary proceeding 09-01375*

Richard I. Werder, Jr.
Susheel Kirpalani
Andrew J. Rossman
Peter Martino
**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

*Counsel to Access Industries, Inc., Access Industries Holdings LLC, AI International, S.a.r.l., Nell Limited, Len Blavatnik, Lincoln Benet, and Philip Kassin (Collectively, the "Access Defendants" in the adversary proceeding 09-01375)*

Christopher J. Battaglia, Esq.
Carrie E. Mitchell, Esq.
**HALPERIN BATTAGLIA BENZIJA, LLP**
40 Wall Street, 37th Floor
New York, New York 10005
Telephone: (212) 765-9100
Facsimile: (212) 765-0964
--and--
Steven K. Kortanek (Del. Bar No. 3106)
Thomas M. Horan (Del. Bar No. 4641)
**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 661-7738

*Counsel to Air Liquide America Specialty Gases LLC, Air Liquide Industrial U.S. LP; Air Liquide Large Industries U.S. LP*

Matthew A. Hamermesh (ID No. 82313)
Joseph A. Dworetzky (ID No. 26968)
**HANGLEY ARONCHICK SEGAL & PUDLIN**
One Logan Square, 27th Floor
Philadelphia, PA 19103
Telephone: 215-568-6200
Facsimile: 215-568-0300

*Counsel to Air Products & Chemicals, Inc., Air Products, LLC, and various affiliates*

Michael S. Etkin, Esq. (MSE 0570)
**LOWENSTEIN SANDLER PC**
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)
-- and --
S. Jason Teele, Esq. (SJT 7390)
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to Altura Cogen, LLC*

Neil E. Herman
Judith Walkoff
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

*Counsel to Ascend Performance Materials LLC*

Jonathan D. Cogan
**KOBRE & KIM LLP**
800 Third Avenue
New York, New York 10022
Tel: (212) 488-1206
Fax: (212) 488-1226

*Counsel for Defendants Referred to as Bank 8 and Bank 9 in the adversary proceeding 10-05525*

Ann Miller Ravel (S.B. #62139)
Tamara Lange (S.B. #177949)
**OFFICE OF THE COUNTY COUNSEL**
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
--and--
Steven N. Williams
**COTCHETT, PITRE & McCARTHY**
840 Malcolm Road, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Counsel to California Public Entities*

Michael A. Rosenthal, Esq. (MR-7006)
Aaron G. York, Esq. (admitted pro hac vice)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10016
Telephone: (212) 351-4000
Facsimile: (212) 949-7606

*Counsel to Celanese, Ltd.*

Marshall S. Huebner
Benjamin S. Kaminetzky
Elliot Moskowitz
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile: (212) 607-7998
lyondellco.routing@dpw.com

*Counsel to Citibank, N.A., Citibank International plc, and Citigroup Global Markets Inc.*

Dale K. Cathell
**DLA PIPER LLP**
6225 Smith Avenue
Baltimore, MD 21209-3600
Tel: (410) 580-4122
Fax: (410) 580-3001
--and--
Timothy W. Walsh
**McDERMOTT WILL & EMORY**
340 Madison Avenue
New York, New York 10173
Tel: (212) 547-5868
Fax: (212) 547-5874

*Counsel to Computer Sciences Corporation in the adversary proceeding 09-01460*

Allen C. Wasserman, Esq.
Omer F. Kuebel, III, Esq.
**LOCKE LORD BISSELL & LIDDELL LLP**
885 Third Avenue, 26th Floor
New Yor, New York 10022
Telephone: (212) 812-8306
Facsimile: (212) 812-8366

*Counsel to Conoco Phillips Company*

Michael S. Etkin
Eric H. Horn
**LOWENSTEIN SANDLER PC**
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700
--and--
Bruce J. Ruzinsky
D. Elaine Conway
**JACKSON WALKER L.L.P.**
1401 McKinney, Suite 1900
Houston, TX 77007
(713) 752-4200
--and--
Heather M. Forrest
**JACKSON WALKER L.L.P.**
901 Main Street, Suite 6000
Dallas, TX 75202
(214) 953-6000

*Counsel to Constellation Newenergy, Inc, Reliant Energy Retail Services, LLC, Wharton County Electric Cooperative, Inc.*

Randall D. LaTour
Jesse Cook-Dubin
**VORYS, SATER, SEYMOUR AND PEASE LLP**
52 E. Gay Street / P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: (614) 464-8290
Facsimile: (614) 719-4821

*Counsel to Delta Petroleum Company, Inc, Greif Packaging LLC*

Jason L. Watkins
**BINGHAM McCUTCHEN LLP**
One Federal Street
Boston, MA 20110
Tel: (617) 951-8000
Fax: (617) 951-8736

*Counsel to Deutsche Bank Securities, Inc. in the adversary proceeding 09-01375*

Sigmund S. Wissner-Gross
May Orenstein
**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
(212) 209-4800
--and--
Steven D. Pohl
**BROWN RUDNICK LLP**
One Financial Center
Boston, MA 02111
(617) 856-8200

*Counsel to Edward S. Weisfelner, as (former) Litigation Trustee of the LB Litigation Trust*

Eric Lopez Schnabel (ES 5553)
Cecilie Howard (CH 9186)
**DORSEY & WHITNEY LLP**
250 Park Avenue
New York, New York 10177
Telephone: (212) 415-9200
Facsimile: (212) 953-7201

*Counsel to Entergy Gulf States Louisiana, L.L.C., Entergy Texas, Inc.*

Trevor Hoffmann
**HAYNES AND BOONE, LLP**
1221 Avenue of the Americas, 26th Floor
New York, New York 10020
Telephone: (212) 659-7300
Facsimile: (212) 918-8989
--and--
Charles A. Beckham, Jr.
**HAYNES AND BOONE, LLP**
One Houston Center
1221 McKinney, Suite 2100
Houston, Texas 77010
Telephone: (713) 547-2000
Facsimile: (713) 236-5449
--and--
Trey A. Monsour
**HAYNES AND BOONE, LLP**
2323 Victory Avenue
Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5137
Facsimile: (214) 200-0532

*Counsel to Exxon Mobil Corporation*

Robert J. Dehney (RD - 5399)
Eric D. Schwartz
Curtis S. Miller
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel to GIM Channelview Cogeneration, LLC, GIM Retail Energy, LLC*

Francis P. Barron
Robert H. Baron
Paul H. Zumbro
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Tel: (212) 474-1000
Fax: (212) 474-3700

*Counsel to Goldman Sachs Credit Partners, L.P. and Goldman Sachs International in the adversary proceeding 09-01375*

Adrian S. Baer
**CORDRAY & TOMLIN, P.C.**
3306 Sul Ross
Houston, Texas 77098
Telephone: (713) 630-0600
Facsimile: (713) 630-0017

*Counsel to Gulf Coast Waste Disposal Authority*

Cameron J. Macdonald
**WHITEFORD, TAYLOR & PRESTON L.L.P.**
Seven Saint Paul Street, Suite 1500
Baltimore, Maryland 21202
Tel: 410-347-8774
Fax: 410-625-7510

*Counsel to LB Creditor Trust*

Daniel H. Golden
David M. Zensky
**AKIN GUMP STRAUSS HAUER & FED LLP**
One Bryant Park
New York, New York 10022
Tel: (212) 872-1000
Fax: (212) 872-1002

*Counsel to LeverageSource III S.a.r.l. in the adversary proceeding 09-01375*

John F. Higgins
**PORTER & HEDGES, L.L.P.**
1000 Main Street
Houston, TX 77002
Tel: (713) 226-6000
Fax: (713) 226-6248

*Counsel to Lyondell D&O Defendants in the adversary proceeding 09-01375*

William T. Reid, IV
**REID COLLINS & TSAI LLP**
810 Seventh Avenue, Suite 410
New York, NY 10019
Tel: 212.344.5200

*Counsel to Mark E. Holliday, successor Trustee of the LB Litigation Trust and the LB Creditor Trust*

Richard A. Spehr
Henninger S. Bullock
Michael O. Ware
Michael L. Simes
Joshua A. Kamen
Melissa B. Francis
**MAYER BROWN LLP**
1675 Broadway
New York, New York 10019
Tel: (212) 506-2500
Fax: (212) 262-1910

*Counsel to Merrill Lynch, Pierce, Fenner & Smith Inc. and Merrill Lynch Capital Corporation in the adversary proceeding 09-01375*

Carmen H. Lonstein
**BAKER & McKENZIE LLP**
One Prudential Plaza, Suite 3500
130 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-8000
--and--
Ira A. Reid (IR-0113)
**BAKER & McKENZIE LLP**
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 626-4100

*Counsel to Morris Cogeneration LLC*

Pedro A. Jimenez
Nathan Lebioda
**JONES DAY**
222 East 41st Street
New York, NY 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

*Counsel to Nihon Oxirane Co., Ltd., Sumitomo Chemical Co., Ltd.*

Susan C. Matthews, Esq.
**ADAMS AND REESE LLP**
Texas State Bar No. 05060650
1221 McKinney, Suite 4400
Houston, Texas 77010
Tel: 713-652-5151
Fax: 713-652-5152

--and--
Jeffrey A. Cooper, Esq. (JC-0763)
Marc D. Miceli, Esq. (MM-2357)
**CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: (973) 994-1700
Fax: (973) 994-1744

*Counsel to Randy Woelfel*

Ken Coleman
John Kibler
Stephen Doody
**ALLEN & OVERY LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

*Counsel to Reliance National Insurance Company (Europe) Limited, Whittington Insurance Services Limited*

Philip D. Anker
**WILMER HALE**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888

*Counsel to Shareholder Defendants in the adversary proceedings 10-5525 and 12-01570*

Richard M. Cieri
M. Natasha Labovitz
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
--and--
Jeffrey J. Zeiger (admitted pro hac vice)
Seth A. Gastwirth
**KIRKLAND & ELLIS LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Counsel to Solutia Inc*

Henry J. Kaim
Mark W. Wege
**KING & SPALDING LLP**
1100 Louisiana, Suite 4000
Houston, Texas 77002-5213
Tel: 713-751-3200
Fax: 713-751-3290
--and--
George B. South III (GS-3904)
**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, New York 10036-4003
Tel: 212-556-2100
Fax: 212-556-2222

*Counsel to Texas Petrochemicals LP*

Andrea K. Fisher, Esq.(afisher@ssd.com)
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1095 Avenue of the Americas
New York, New York 10036
212-872-9800 (telephone)
212-872-9815 (facsimile)

*Counsel to Texican Industrial Energy Marketing, LLC*

Glenn E. Siegel
Kevin O'Brien
Andrew L. Buck
**DECHERT LLP**
1095 Avenue of the Americas
New York, New York 10036-6797
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

*Counsel to The Bank of New York and The Bank of New York Mellon Trust Company, N.A., as Indenture Trustee*

Stephan J. Feder
Linda H. Martin
Kathrine A. McLendon
Anne L. Knight
Natalie Shimmel Drucker
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, NY 10017
Ph: 212-455-2000
Fax: 212-455-2502

*Counsel to UBS AG, Stamford Branch*

Linda H. Martin
Kathrine A. McLendon
Natalie Shimmel Drucker
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, NY 10017
Tel: (212) 455-2000
Fax: (212) 455-2502

*Counsel to UBS Securities LLC in the adversary proceedings 09-01375*

Dennis E. Quaid, Esq.
**THOMPSON COBURN LLP d/b/a**
**THOMPSON COBURN FAGEL HABER**
55 East Monroe
Chicago, Illinois 60603
Phone: (312) 580-2226
Fax: (312) 580-2201

*Counsel to Union Tank Car Company*

Richard Levine (RL4871)
Richard W. Slack (RS3180)
Theodore Tsekerides (TT5946)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Weil Gotshal & Manges LLP*

John R. Ashmead (JA 4756)
Dale C. Christensen, Jr. (DC 4441)
Justin M. Garbaccio (JG 5907)
**SEWARD & KISSEL LLP**
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the 2015 Notes*

# EXHIBIT C

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MILLENNIUM CHEMICALS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br>(Jointly Administered)<br><br>Case No. 09-10075 (MG) |

**ORDER AUTHORIZING THE CLERK'S OFFICE TO DISPOSE OF ANY HARD COPIES OF, OR ELECTRONIC STORAGE DEVICES WITH, DOCUMENTS FILED UNDER SEAL**

Upon consideration of the motion (the "Motion")[1] of the Millennium Chemicals, Inc., for itself and its former debtor affiliates, for entry of an order authorizing the Clerk's Office to dispose of the Sealed Documents filed in the chapter 11 cases and adversary proceedings identified on the attached **Exhibits 1 and 2**, respectively; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that due and adequate notice of the Motion was given, that no other notice need by given at this time and that no hearing on the Motion is required; and after due deliberation and sufficient cause therefor, it is hereby:

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that the Clerk's Office is authorized to dispose of the Sealed Documents filed in the chapter 11 cases and adversary proceedings identified on the attached **Exhibit 1 and 2** in a way that protects the confidentiality of those documents consistent with the orders that authorized the filing of the Sealed Documents under seal; and it is further

**ORDERED** that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

[1] Capitalized terms used but not defined herein shall have the same meaning ascribed to them in the Motion.

**ORDERED** that the requirement set forth in Rule 9013-1(a) of the Local Bankruptcy Rules for the Southern District of New York that any motion or other requests for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion or otherwise waived; and it is further

**ORDERED** that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: October ___, 2019
New York, New York

*/s/*______________________________
Honorable Martin Glenn
United States Bankruptcy Judge

# EXHIBIT D

# EXHIBIT D
Service List

**Clerk's Office:**

US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
Attention: Vito Genna

**Counsel for Mark E. Holliday, successor Trustee of the LB Litigation Trust and the LB Creditor Trust:**

REID COLLINS & TSAI LLP
810 Seventh Avenue, Suite 410
New York, NY 10019
Tel: 212.344.5200
Attention: William T. Reid, IV

**The Office of the United States Trustee:**

UNITED STATES TRUSTEE
201 Varick Street, Room 1006
New York, NY 10014
Tel: (212) 510-0500
Attention: Andrea Beth Schwartz, Paul Kenan Schwartzberg

**Counsel for parties who filed documents under seal as identified on Exhibit B:**

ADAMS AND REESE LLP
Texas State Bar No. 05060650
1221 McKinney, Suite 4400
Houston, Texas 77010
Tel: 713-652-5151
Fax: 713-652-5152
Attention: Susan C. Matthews

AKIN GUMP STRAUSS HAUER & FED LLP
One Bryant Park
New York, New York 10022
Tel: (212) 872-1000
Fax: (212) 872-1002
Attention: Daniel J. Golden, David M. Zensky

ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399
Attention: Ken Coleman, John Kibler, Stephen Doody

BAKER & McKENZIE LLP
One Prudential Plaza, Suite 3500
130 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-8000
Attention: Carmen H. Lonstein

BAKER & McKENZIE LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 626-4100
Attention: Ira A. Reid

BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
(212) 209-4800
Attention: Sigmund S. Wissner-Gross, May Orenstein

BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
(617) 856-8200
Attention: Steven D. Pohl

CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: (973) 994-1700
Fax: (973) 994-1744
Attention: Jeffrey A. Cooper, Marc D. Miceli

COHEN KINNE VALICENT & COOK LLP
28 North Street, 3rd Floor
Pittsfield, MA 01201
Tel: (413) 553-0327
Fax: (413) 341-1060
Attention: Jesse Cook-Dubin

CORDRAY & TOMLIN, P.C.
3306 Sul Ross
Houston, Texas 77098
Telephone: (713) 630-0600
Facsimile: (713) 630-0017
Attention: Adrian S. Baer

CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
Attention: Francis P. Carron, Robert H. Baron, Paul H. Zumbro

CUSHMAN & WAKEFIELD
225 W Wacker, 3000
Chicago, IL 60606
Tel: (312) 470-1800
Attention: Seth A. Gastwirth

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile: (212) 607-7998
Attention: Marshall S. Huebner, Benjamin S. Kaminetzky, Elliot Moskowitz

DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000
Fax: (212) 909-6836
Attention: M. Natasha Labovits

DENTONS
1221 McKinney Street, Suite 1900
Houston, Texas 77010
Tel: (713) 658-4600
Fax: (713) 739-0834
Attention: Mark Wege

DLA PIPER LLP
6225 Smith Avenue
Baltimore, MD 21209-3600
Tel: (410) 580-4122
Fax: (410) 580-3001
Attention: Dale K. Catehll

DORSEY & WHITNEY LLP
250 Park Avenue
New York, New York 10177
Telephone: (212) 415-9200
Facsimile: (212) 953-7201
Attention: Eric Lopez Schnabel

FORD O'BRIEN
575 Fifth Avenue, 17th Floor
New York, New York 10017
Tel: (212) 858-0040
Fax: (212) 256-1047
Attention: Kevin O'Brien

FOX ROTHSCHILD LLP
919 N. Market St. Suite 300
P.O. Box 2323
Wilmington DE 19899-2323
Telephone: (302) 480-9412
Facsimile: (302) 656-8920
Attention: Tom Horan

FRESHFIELDS BRUCKHAUS DERINGER
601 Lexington Avenue, 31st Floor
New York, New York
Tel: (212) 277-4017
Fax: (212) 277-4001
Attention: Linda H. Martin

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10016
Telephone: (212) 351-4000
Facsimile: (212) 949-7606
Attention: Michael A. Rosenthal, Aaron G. York

GOULSTON & STORRS
885 Third Avenue, 18th Floor
New York, NY 10022
Telephone: (212) 878-6900
Facsimile: (212) 878-6911
Attention: Trevor Hoffmann

GOVERNMENT JUSTICE CENTER
PO Box 7113
Albany, New York 12224
Attention: Cameron J. Macdonald

GREGORY K. STERN, PC
53 West Jackson Boulevard, Suite 1442
Chicago, Illinois 60604
Phone: (312) 427-1558
Fax: (312) 427-1289
Attention: Dennis E. Quaid

HALPERIN BATTAGLIA BENZIJA, LLP
40 Wall Street, 37th Floor
New York, New York 10005
Telephone: (212) 765-9100
Facsimile: (212) 765-0964
Attention: Christopher J. Battaglia, Carrie E. Mitchell

HANGLEY ARONCHICK SEGAL & PUDLIN
One Logan Square, 27th Floor
Philadelphia, PA 19103
Telephone: 215-568-6200
Facsimile: 215-568-0300
Attention: Matthew A. Hamermesh, Joseph A. Dworetzky

HAYNES AND BOONE, LLP
One Houston Center
1221 McKinney, Suite 2100
Houston, Texas 77010
Telephone: (713) 547-2000
Facsimile: (713) 236-5449
Attention: Charles A. Beckham, Jr.

JACKSON WALKER L.L.P.
1401 McKinney, Suite 1900
Houston, TX 77007
(713) 752-4200
Attention: Bruce J. Ruzinsky, D. Elaine Conway

JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, TX 75202
(214) 953-6000
Attention: Heather M. Forrest

JONES DAY
222 East 41st Street
New York, NY 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Attention: Nathan Lebioda

JOSEPH SAVERI LAW FIRM
601 California Street, Suite 1000
San Francisco, CA 94108
Tel: (415) 500-6800
Fax: (415) 395-9940
Attention: Steven N. Williams

KING & SPALDING LLP
1100 Louisiana, Suite 4000
Houston, Texas 77002-5213
Tel: 713-751-3200
Fax: 713-751-3290
Attention: Henry J. Kaim

KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Attention: Richard M. Cieri

KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Attention: Jeffrey J. Zeiger

KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
Tel: (212) 488-1206
Fax: (212) 488-1226
Attention: Jonathan D. Cogan

LINKLATERS LLP
1345 Avenue of the Americas
New York, New York 10105
Tel: (212) 903-9000
Fax: (212) 903-9100
Attention: Margot Schonholtz

LOCKE LORD BISSELL & LIDDELL LLP
885 Third Avenue, 26th Floor
New Yor, New York 10022
Telephone: (212) 812-8306
Facsimile: (212) 812-8366
Attention: Allen C. Wasserman, Omer F. Kuebel

LOWENSTEIN SANDLER PC
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)
Attention: Michael S. Etkin, Eric H. Horn

MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel: (212) 506-2500
Fax: (212) 262-1910
Attention: Richard A. Sephr, Henninger S. Bullock, Michael O. Ware

McDERMOTT WILL & EMORY
340 Madison Avenue
New York, New York 10173
Tel: (212) 547-5868
Fax: (212) 547-5874
Attention: Timothy W. Walsh

MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001
Attention: Neil E. Herman, Judith Walkoff

MORGAN LEWIS
101 Park Avenue
New York, New York 10178-0060
Tel: (212) 309-6780
Fax: (212) 309-6001
Attention: Glenn E. Siegel

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Attention: Robert J. Dehney, Eric D. Schwartz, Curtis S. Miller

NELSON MULLINS LLP
One Post Office Square, 30th Floor
Boston, MA 02109
Tel: (617) 217-4700
Fax: (617) 217-4710
Attention: Jason Watkins

OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
Attention: Ann Miller Ravel, Tamara Lange

PAUL HASTINGS
200 Park Avenue
New York, NY 10166
Tel: (212) 318-6000
Fax: (212) 319-4090
Attention: Pedro A. Jimenez

PEPPER HAMILTON LLP
620 Eight Avenue, 37th Floor
New York, New York 10018
Tel: (212) 808-2700
Fax: (212) 286-9806
Attention: H. Peter Haveles, Jr.

PJT Partners
280 Park Avenue
New York, NY 10017
Tel: (212) 364-7800
Attention: George South III

POLSINELLI
1000 Louisiana Street
Suite 6400
Houston, Texas 77002
Tel: (713) 374-1600
Fax: (713) 374-1601
Attention: Trey A. Monsour

PORTER & HEDGES, L.L.P.
1000 Main Street
Houston, TX 77002
Tel: (713) 226-6000
Fax: (713) 226-6248
Attention: John F. Higgins

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Attention: Richard I. Werder, Jr., Susheel Kirpalani, Andrew J. Rossman, Peter Martino

SEWARD & KISSEL LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421
Attention: John R. Ashmead, Dale C. Christensen, Justin M. Garbaccio

SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-4779
Fax: (908) 451-1001
Attention: S. Jason Teele

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Ph: 212-455-2000
Fax: 212-455-2502
Attention: Stephan J. Feder, Kathrine A. McLendon, Anne L. Knight, Natalie Shimmel Drucker

SJL ATTORNEY SEARCH
60 E. 42nd Street, Suite 1201
New York, New York 10165
Tel: (212) 897-0990
Attention: Andrea K. Fisher

TROUTMAN SANDERS
875 Third Avenue
New York, New York 10022
Tel: (212) 704-6000
Attention: Andrew L. Buck

VERRILL DANA LLP
One Portland Square
Portland, ME 04101-4054
Telephone: (207) 774-4000
Attention: Cecilie H. MacIntyre

VORYS, SATER, SEYMOUR AND PEASE LLP
52 E. Gay Street / P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: (614) 464-8290
Facsimile: (614) 719-4821
Attention: Randall D. LaTour

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Attention: Richard Levine, Richard W. Slack, Theodore Tsekerides

WILKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8244
Fax: (212) 728-9244
Attention: Ana Alfonso

WILMER HALE
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
Attention: Philip D. Anker

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 661-7738
Attention: Steven K. Kortanek