**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MILLENNIUM CHEMICALS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br>(Jointly Administered)<br><br>Case No. 09-10075 (MG) |

**ORDER AUTHORIZING THE CLERK'S OFFICE TO DISPOSE OF ANY HARD COPIES OF, OR ELECTRONIC STORAGE DEVICES WITH, DOCUMENTS FILED UNDER SEAL**

Upon consideration of the motion (the "**Motion**")[1] of the Millennium Chemicals, Inc., for itself and its former debtor affiliates, for entry of an order authorizing the Clerk's Office to dispose of the Sealed Documents filed in the chapter 11 cases and adversary proceedings identified on the attached **Exhibits 1 and 2**, respectively; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that due and adequate notice of the Motion was given, that no other notice need by given at this time and that no hearing on the Motion is required; and after due deliberation and sufficient cause therefor, it is hereby:

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that the Clerk's Office is authorized to dispose of the Sealed Documents filed in the chapter 11 cases and adversary proceedings identified on the attached **Exhibit 1 and 2** in a way that protects the confidentiality of those documents consistent with the orders that authorized the filing of the Sealed Documents under seal; and it is further

**ORDERED** that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

[1] Capitalized terms used but not defined herein shall have the same meaning ascribed to them in the Motion.

**ORDERED** that the requirement set forth in Rule 9013-1(a) of the Local Bankruptcy Rules for the Southern District of New York that any motion or other requests for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion or otherwise waived; and it is further

**ORDERED** that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**IT IS SO ORDERED.**

Dated: October 29, 2019
New York, New York

**_____/s/ Martin Glenn_______**
MARTIN GLENN
United States Bankruptcy Judge

**EXHIBIT 1**
Debtors and their respective case numbers

**Debtors and their respective case numbers:**

- Lyondell Chemical Company (Case No. 09-10023)
- Basell Finance USA Inc. (Case No. 09-10021)
- Basell Germany Holdings GmbH (Case No. 09-10048)
- Basell North America Inc. (Case No. 09-10034)
- Basell USA Inc. (Case No. 09-10033)
- Circle Steel Corporation (Case No. 09-10032)
- Duke City Lumber Company, Inc. (Case No. 09-10035)
- Equistar Chemicals, LP (Case No. 09-10036)
- Equistar Transportation Company, LLC (Case No. 09-10049)
- Glidco Leasing, Inc. (Case No. 09-10037)
- Glidden Latin America Holdings Inc. (Case No. 09-10040)
- Hoisu Ltd. (Case No. 09-10022)
- Houston Refining LP (Case No. 09-10038)
- HPT 28 Inc. (Case No. 09-10042)
- HPT 29 Inc. (Case No. 09-10043)
- H.W. Loud Co. (Case No. 09-10039)
- Imwa Equities II, Co., L.P. (Case No. 09-10047)
- ISB Liquidating Company (Case No. 09—10044)
- LBI Acquisition LLC (Case No. 09-10045)
- LBIH LLC (Case No. 09-10025)
- Lemean Property Holdings Corporation (Case No. 09-10027)
- Lyondell Asia Pacific, Ltd. (Case No. 09-10050)
- Lyondell (Pellican) Petrochemical L.P. 1, Inc. (Case No. 09-10067)
- Lyondell Chemical Delaware Company (Case No. 09-10051)
- Lyondell Chemical Espana Co. (Case No. 09-10052)
- Lyondell Chemical Europe, Inc. (Case No. 09-10053)
- Lyondell Chemical International Co., (Case No. 09-10054)
- Lyondell Chemical Nederland, Ltd. (Case No. 09-10055)
- Lyondell Chemical Products Europe, LLC (Case No. 09-10056)
- Lyondell Chemical Properties, L.P. (Case No. 09-10057)
- Lyondell Chemical Technology Management, Inc. (Case No. 09-10058)
- Lyondell Chemical Technology 1 Inc. (Case No. 09-10101)
- Lyondell Chemical Technology, L.P. (Case No. 09-10059)
- Lyondell Chimie France LLC (Case No. 09-10060)
- Lyondell-Equistar Holdings Partners (Case No. 09-10072)
- Lyondell Europe Holdings Inc. (Case No. 09-10026)
- Lyondell Greater China, Ltd. (Case No. 09-10061)

- Lyondell Houston Refinery Inc. (Case No. 09-10028)
- Lyondell LP3 GP, LLC (Case No. 09-10062)
- Lyondell LP3 Partners, LP (Case No. 09-10063)
- Lyondell LP4 Inc. (Case No. 09-10029)
- Lyondell Petrochemicals L.P. Inc. (Case No. 09-10030)
- Lyondell Refining Company LLC (Case No. 09-10064)
- Lyondell Refining I LLC (Case NO. 09-10094)
- LyondellBasell Advanced Polyolefins USA Inc. (Case No. 09-10065)
- LyondellBasell Finance Company (Case No. 09-10066)
- MHC Inc. (Case NO. 09-10073)
- Millennium America Holdings Inc. (Case No. 09-10074)
- Millennium America Inc. (Case No. 09-10031)
- Millennium Chemicals Inc. (Case No. 09-10075)
- Millennium Holdings, LLC (Case No. 09-10071)
- Millennium Petrochemicals GP LLC (Case No. 09-10070)
- Millennium Petrochemicals Inc. (Case No. 09-10069)
- Millennium Petrochemicals LP LLC (Case No. 09-10100)
- Millennium Petrochemicals Partners, LP (Case No. 09-10099)
- Millennium Realty Inc. (Case No. 09-10077)
- Millennium Specialty Chemicals Inc. (Case No. 09-10076)
- Millennium US OP Co LLC (Case No. 09-10098)
- Millennium Worldwide Holdings I Inc. (Case No. 09-10097)
- MWH South America LLC (Case No. 09-10096)
- National Distillers & Chemical Corporation (Case No. 09-10078)
- NDCC International II Inc. (Case No. 09-10079)
- Nella Acquisition (US) LLC (Case No. 09-10080)
- Penn Export Company, Inc. (Case No. 09-10081)
- Penn Navigation Company (Case No. 09-10082)
- Penn Shipping Company, Inc. (Case No. 09-10085)
- Penntrans Company (Case No. 09-10095)
- PH Burbank Holdings, Inc. (Case No. 09-10103)
- Power Liquidating Company, Inc. (Case No. 09-10084)
- Quantum Acceptance Corporation (Case No. 09-10083)
- SCM Plants, Inc. (Case No. 09-10102)
- Suburban Propane GP, Inc. (Case No. 09-10086)
- Tiona, Ltd. (Case No. 09-10087)
- UAR Liquidating Inc. (Case No. 09-10088)
- USI Chemicals International, Inc. (Case No. 09-10089)
- USI Credit Corp. (Case No. 09-10090)
- USI Puerto Rico Properties, Inc. (Case No. 09-10091)
- Walter Kidde & Company, Inc. (Case No. 09-10092)
- Wyatt Industries, Inc. (Case No. 09-10093)

# EXHIBIT 2

List of adversary proceedings in which documents were filed under seal

**List of adversary proceedings in which documents were filed under seal:**

- Case No. 09-01038
- Case No. 09-01072
- Case No. 09-01375
- Case No. 09-01460
- Case No. 09-01504
- Case No. 10-02873
- Case No. 10-03218
- Case No. 10-05466
- Case No. 10-05525
- Case No. 12-01570